**Opera Limited (OPRA)**　　　　　　　　　　　　　　　　　　　　　　　　**Brown, Leon M.**

## List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---:|---:|
| 7/27/2018 | Purchase | 800 | $13.1599 |
| 7/27/2018 | Purchase | 1,000 | $13.6412 |
| 7/27/2018 | Purchase | 800 | $13.1713 |
| 7/27/2018 | Purchase | 1,000 | $13.6500 |
| 9/10/2018 | Purchase | 500 | $11.3720 |
| 9/10/2018 | Purchase | 500 | $11.3623 |
| 10/12/2018 | Purchase | 175 | $7.7848 |
| 10/12/2018 | Purchase | 175 | $7.8343 |
| 1/10/2019 | Purchase | 1,200 | $7.6283 |
| 1/10/2019 | Purchase | 1,200 | $7.6246 |
| 5/14/2019 | Purchase | 1,000 | $9.5180 |
| 5/14/2019 | Purchase | 300 | $9.5033 |
| 5/14/2019 | Purchase | 1,000 | $9.5129 |
| 5/14/2019 | Purchase | 300 | $9.4868 |