```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

LEON M. BROWN, Individually and on
behalf of all others similarly
situated,                                           20-cv-674 (JGK)

              Plaintiff,                  ORDER

     - against -

OPERA LIMITED, ET AL.,

              Defendants.
───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The remaining parties should submit a revised scheduling order providing for an amended complaint and a schedule thereafter. The schedule should provide a time to move or answer to the amended complaint, followed by an opportunity for a second amended complaint if there is a motion to dismiss, and a time to move or answer to the second amended complaint, including a schedule for a new motion to dismiss directed at the second amended complaint.

**SO ORDERED.**

**Dated:**    **New York, New York**
          **April 17, 2020**          /s/ John G. Koeltl
                                           **John G. Koeltl**
                                   **United States District Judge**