**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEON M. BROWN, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>    v.<br><br>OPERA LIMITED, YAHUI ZHOU, FRODE JACOBSEN, HONGYI ZHOU, and HAN FANG,<br><br>               Defendants. | Case No. 1:20-cv-00674-JGK |

**DECLARATION OF ANDREA G. HOOD IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

Andrea G. Hood, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.	I am an attorney associated with the law firm of Milbank LLP, counsel to Defendants Opera Limited ("Opera") and Derrick L. Nueman in the above-captioned action.  I am a member in good standing of the bars of the State of New York and the United States District Court for the Southern District of New York.  I submit this declaration in support of Opera's, Mr. Nueman's, and Citigroup Global Markets Inc.'s Motion to Dismiss the Amended Complaint.

2.	Attached as **Exhibit A** is a true and correct copy of excerpts from the Form F-1 Registration Statement filed by Opera with the U.S. Securities and Exchange Commission ("SEC") on June 29, 2018.

3.	Attached as **Exhibit B** is a true and correct copy of excerpts from the Prospectus filed by Opera with the SEC on July 26, 2018.

4.	Attached as **Exhibit C** is a true and correct copy of excerpts of the press release titled *Opera Limited Announces Fourth Quarter and Full Year 2018 Financial Results* released by

1

Opera on February 21, 2019.

5.　　Attached as **Exhibit D** is a true and correct copy of excerpts from the Annual Report Form 20-F for the year ending in 2018 filed by Opera with the SEC on April 17, 2019.

6.　　Attached as **Exhibit E** is a true and correct copy of excerpts from the Prospectus Supplement filed by Opera with the SEC on September 16, 2019.

7.　　Attached as **Exhibit F** is a true and correct copy of excerpts from the Prospectus Supplement filed by Opera with the SEC on September 20, 2019.

8.　　Attached as **Exhibit G** is a true and correct copy of excerpts of the transcript of the Opera "Company Conference Presentation," dated January 15, 2020.

9.　　Attached as **Exhibit H** is a true and correct copy of excerpts of the report titled *Opera: Phantom of the Turnaround – 70% Downside*, published on January 16, 2020.

10.　　Attached as **Exhibit I** is a true and correct copy of excerpts of the press release titled *Opera Limited Announces Fourth Quarter and Full-Year 2019 Financial Results* released by Opera on February 25, 2020.

11.　　Attached as **Exhibit J** is a true and correct copy of excerpts from the Annual Report Form 20-F for the year ending 2019 filed by Opera with the SEC on April 30, 2020.

12.　　Attached as **Exhibit K** is a true and correct copy of certain data published by StatCounter showing Opera's worldwide browser market share on the dates July 27, 2018, April 17, 2019, September 16, 2019, December 9, 2019, and January 15, 2020.

13.　　Attached as **Exhibit L** is a true and correct copy of certain data published by StatCounter showing Opera's mobile browser market share in Nigeria in the Fourth Quarter of 2019.

14.　　Attached as **Exhibit M** is a true and correct copy of certain data published by

2

StatCounter showing Opera's monthly mobile browser market share in Nigeria in August 2019, September 2019, and October 2019.

15.    Attached as **Exhibit N** is a true and correct copy of certain data published by StatCounter showing Opera's monthly worldwide desktop and mobile browser market share in December 2019 and January 2020.

16.    Attached as **Exhibit O** is a true and correct copy of Opera's American Depository Shares ("ADS") price from May 28, 2019 through May 31, 2019 and August 22, 2019 through September 17, 2019, published by Yahoo Finance.

17.    Attached as **Exhibit P** is a true and correct copy of the FASB Accounting Standards Codification 810-10-20.


Dated:    August 24, 2020
          Lagrangeville, New York

                                        */s/ Andrea G. Hood*
                                        ANDREA G. HOOD