# Exhibit B

TABLE OF CONTENTS

**Filed Pursuant to Rule 424(b)(4)**
**Registration No. 333-226017**

**9,600,000 American Depositary Shares**



# Opera Limited

**Representing 19,200,000 Ordinary Shares**

This is an initial public offering of American depositary shares, or ADSs, by Opera Limited.

Opera Limited is offering 9,600,000 ADSs to be sold in the offering.

Prior to this offering, there has been no public market for the ADSs or our ordinary shares. We have obtained approval to list the ADSs on the NASDAQ Global Select Market under the symbol "OPRA."

Concurrently with, and subject to, the completion of this offering, Tospring Technology Limited ("Bitmain"), IDG China Capital Fund III L.P. ("IDG Capital Fund") and IDG China Capital III Investors L.P. ("IDG Capital Investors" and together with IDG Capital Fund, "IDG") have agreed to purchase from us US$50,000,000, US$9,529,000 and US$471,000, respectively, of our ordinary shares, at a price per share equal to the initial public offering price adjusted to reflect the ADS-to-share ratio, or the Concurrent Private Placements. Based on the initial offering price of US$12.00 per ADS, Bitmain, IDG Capital Fund and IDG Capital Investors will purchase 8,333,333, 1,588,166 and 78,500 ordinary shares from us, respectively. The Concurrent Private Placements are conducted pursuant to an exemption from registration with the U.S. Securities and Exchange Commission, or the SEC, under Regulation S of the Securities Act of 1933, as amended. Under the subscription agreements executed on June 26, 2018, the completion of this offering is the only substantive closing condition precedent for the Concurrent Private Placements and if this offering is completed, the Concurrent Private Placements will be completed concurrently. The investors have agreed with the underwriters not to, directly or indirectly, sell, transfer or dispose of any ordinary shares acquired in the Concurrent Private Placements for a period of 180 days after the date of this prospectus.

We are an "emerging growth company" as defined under applicable U.S. securities laws and, as such, we are eligible for reduced public company reporting requirements.

We are a "controlled company" under the rules of the NASDAQ, and may be exempt from certain corporate governance requirements, though we do not intend to rely on such exemptions. See "Risk Factors—Risks Related to Our ADSs and This Offering—As a "controlled company" under the rules of the NASDAQ, we may be exempt from certain corporate governance requirements that could adversely affect our public shareholders."

***See "Risk Factors" beginning on page 14 to read about factors you should consider before buying the ADSs.***

**Neither the Securities and Exchange Commission nor any other regulatory body has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus. Any representation to the contrary is a criminal offense.**

|  | Per ADS | Total |
|---|---|---|
| Initial public offering price | US$12.00 | US$115,200,000 |
| Underwriting discounts and commissions[1] | US$0.84 | US$8,064,000 |
| Proceeds, before expenses, to us | US$11.16 | US$107,136,000 |

(1) For a description of compensation payable to the underwriters, see "Underwriting."

The underwriters have the option to purchase up to an additional 1,440,000 ADSs from us at the initial public offering price less the underwriting discounts and commissions within 30 days from the date of this prospectus.

Upon the completion of this offering, Mr. Yahui Zhou, our chairman of the board and chief executive officer, will beneficially own 61.5% of the ordinary shares issued and outstanding and voting power. As a result, Mr. Zhou will have the ability to control or exert significant influence over important corporate matters.

The underwriters expect to deliver the ADSs against payment in New York, New York on July 31, 2018.

# CICC                                   Citigroup

(in alphabetical order)

# Carnegie

Prospectus dated July 26, 2018.

TABLE OF CONTENTS

TABLE OF CONTENTS

**Our Strengths**

We believe that the following strengths contribute to our success and set us apart from our peers:

- established global internet brand with a massive user base;

- innovative products propelling robust organic growth;

- proven monetization model;

- strong relationships with a broad mix of strategic partners; and

- global and visionary leadership.

**Our Strategies**

We intend to pursue the following strategies to further grow our business:

- grow our user base through continued product innovation;

- increase user engagement and stickiness through AI;

- grow and improve our monetization capability; and

- seek partnerships and further enhance our content-driven ecosystem.

**Our Challenges**

We believe some of the major risks and uncertainties that may materially and adversely affect us include the following:

- our ability to maintain or grow the size of our user base or the level of engagement of our users;

- intense competition and our ability to continue to innovate and provide products and services that meet the needs of our users;

- rapid changes in technologies and mobile devices;

- managing or expanding our business across the expansive and diverse markets that we operate in;

- our ability to maintain profitability in the future;

- a small number of business partners contribute a significant portion of our revenues; and

- our existing business and expansion strategy depend on certain key collaborative arrangements, and we may be unable to maintain or develop these relationships.

In addition, we face risks and uncertainties related to our compliance with applicable regulations and policies in our principal markets and operations.

See "Risk Factors" and other information included in this prospectus for a detailed discussion of the above and other challenges and risks.

**Corporate History and Structure**

We are an exempted company with limited liability incorporated in the Cayman Islands. We conduct our business mainly through our operating company, Opera Software AS, in Norway, and its subsidiaries located in countries across the world. We trace our history back to the founding of Otello Corporation ASA, (formerly known as Opera Software ASA), or Otello, a private limited liability company incorporated

3

TABLE OF CONTENTS

You may turn in your ADSs to the depositary in exchange for ordinary shares. The depositary will charge you fees for any exchange. We may amend or terminate the deposit agreement without your consent. If you continue to hold your ADSs, you agree to be bound by the deposit agreement as amended.

To better understand the terms of the ADSs, you should carefully read the "Description of American Depositary Shares" section of this prospectus. You should also read the deposit agreement, which is filed as an exhibit to the registration statement that includes this prospectus.

Option to Purchase Additional ADSs

We have granted to the underwriters an option, exercisable within 30 days from the date of this prospectus, to purchase up to 1,440,000 additional ADSs.

Use of Proceeds

We estimate that we will receive proceeds from this offering and the Concurrent Private Placements of US$164.1 million, or US$180.2 million if the underwriters exercise their option to purchase additional ADSs in full. This includes US$104.1 million in net proceeds from this offering, or US$120.2 million if the underwriters exercise their option to purchase additional ADSs in full, after deducting underwriting discounts and commissions and estimated offering expenses payable by us, as well as US$60 million in proceeds from the Concurrent Private Placements.

We plan to use the net proceeds of this offering and the Concurrent Private Placements primarily for the following purposes:

- approximately 40% for research and development to continue to strengthen our AI-driven content discovery and recommendation platform and overall product portfolio;

- approximately 25% for distribution and marketing to further improve brand awareness across all markets and attract new users to our products;

- approximately 25% to pursue strategic partnership, investment and acquisition opportunities, though currently we have not identified any potential targets; and

- the remainder for working capital and other general corporate purposes. See "Use of Proceeds" for additional information.

Lock-up

We, our directors, our existing shareholders and the investors in the Concurrent Private Placements have agreed with the underwriters, subject to certain exceptions, not to sell, transfer or otherwise dispose of any ADSs, ordinary shares or similar securities or any securities convertible into or exchangeable or

9

TABLE OF CONTENTS

|  |  |
|---|---|
|  | exercisable for our ordinary shares or ADSs, for a period ending 180 days after the date of this prospectus. See "Shares Eligible for Future Sale" and "Underwriting" for more information. |
| Risk Factors | See "Risk Factors" and other information included in this prospectus for a discussion of risks you should carefully consider before investing in the ADSs. |
| Depositary | The Bank of New York Mellon. |
| Directed Share Program | At our request, the underwriters have reserved for sale, at the initial public offering price, up to 960,000 ADSs offered by this prospectus to our directors, officers, employees, business associates and related persons. We do not know if these persons will choose to purchase all or any portion of these reserved ADSs, but any purchases they do make will reduce the number of ADSs available to the general public. Any reserved ADSs not so purchased will be offered by the underwriters to the general public on the same terms as the other ADSs. |
| Concentration of Ownership | Once this offering is completed, our executive officers, directors, and stockholders holding more than 5% of our outstanding shares, together with their affiliates, will beneficially own, in the aggregate, approximately 86.2% of our outstanding shares and voting power of our outstanding shares. |

10

TABLE OF CONTENTS

- growth of online commerce and related advertising; and

- governmental policies and initiatives affecting online content consumption and e-commerce.

While our business is influenced by these general factors, we believe our results of operations are more directly affected by company specific factors, including the following major factors:

### *Our Ability to Maintain and Expand Our User Base and Maintain and Enhance User Engagement*

Our user base is important for our revenue generation, both because its sheer size makes us an attractive partner for search and advertising partners, and in terms of directly impacting our user-generated revenues. The following table presents certain of our user metrics for the periods indicated:

| | Three months ended | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | March 31, 2016 | June 30, 2016 | Sept 30, 2016 | Dec 31, 2016 | March 31, 2017 | June 30, 2017 | Sept 30, 2017 | Dec 31, 2017 | March 31, 2018[1] |
| | | | | | (in millions) | | | | |
| Smartphone average MAUs | 141.3[1] | 138.1 | 146.1 | 164.1 | 160.0[1] | 160.6 | 171.5 | 180.4 | 182.0 |
| PC average MAUs | 51.7 | 45.3 | 40.5 | 42.2 | 42.6 | 45.6 | 49.4 | 54.8 | 57.4 |
| Opera News average MAUs | — | — | — | — | 9.1[2] | 24.8 | 39.3 | 72.4 | 90.2 |

(1)   To give a more accurate impression of user activity for our mobile products in February, we use a 30-day look back window in calculating MAUs and look at user activity on February 28th and the 30 days prior.

(2)   Representing MAUs in March 2017 only, which is when MAU figures were first available.

Our total browser average MAUs was 321.7 million in the three months ended March 31, 2018 including 264.3 million mobile browser users and 57.4 million PC browser users. Our mobile browser users include 182.0 million smartphone users and 82.3 million feature phone users. Most of our Opera News users during the three months ended March 31, 2018 were browser users because we did not launch our standalone Opera News App until January 2018.

Our smartphone user base followed a positive growth trend across 2016, 2017 and the three months ended March 31, 2018, adding 40.7 million MAUs over the period with seasonally highest growth in the third and fourth quarters. In the fourth quarter of 2016, we increased our marketing activities before returning to a lower spend level in the first quarter of 2017, resulting in a decline in smartphone MAUs as the least loyal new users churned away in addition to the seasonal effect.

Our PC user base declined during the second and third quarters of 2016 as we focused the product and marketing on lower volume yet higher value segments, thereafter increasing by 16.9 million MAUs from the three months ended September 30, 2016 to the three months ended March 31, 2018.

Our ability to continue to effectively maintain and expand our user base will affect the growth of our business and our revenues going forward. We generate revenues from our business partners, including search providers and advertisers, who are drawn to our platform in part because of the size of our user base, its attractive demographics, and our level of user engagement. Our ability to maintain and expand our user base, as well as maintain and enhance user engagement, depends on, among other things, the effectiveness of our marketing and distribution spend, our ability to continuously offer comprehensive and effective products and services, recommend personalized content through technological innovation and provide a superior content discovery experience.

### *Our Ability to Monetize*

We have long and deep relationships with our monetization partners. Changes in the revenue sharing or fee arrangements with our key monetization partners may materially affect our revenues, although we have not seen material impacts to our revenues over the 2016-2017 period from such pricing related factors.

TABLE OF CONTENTS

**BUSINESS**

**Our Mission**

Our mission is to enable global internet users to discover and access digital content and services in a fast, easy and personalized manner.

**Overview**

Opera is one of the world's leading browser providers and an influential player in the field of integrated AI-driven digital content discovery and recommendation platforms. Given the growing importance of online content consumption, we believe that the future of digital content discovery is one where consumers will enjoy highly personalized experiences enabled by AI algorithms and big data. With a long and proven track record of innovation in both core performance and functionality, and an established global brand, we served 321.7 million average MAUs in the three months ended March 31, 2018, of which 239.4 million were smartphone and PC users, compared to 202.6 million smartphone and PC users during the same period of 2017.

We believe consumers opt to use our browsers because we provide a better-targeted solution. Our browsers are all available globally, while users in Africa and Asia are attracted to our mobile browsers because of their efficient design and usability, and users across North America and Europe choose our PC browsers because of their unique features. Our mobile browsers, with a global user base of 264.3 million average MAUs in the three months ended March 31, 2018, of which 182.0 million were smartphone users, compared to 160.0 million smartphone users in the same period in 2017, are among the market leaders in high growth regions such as South Asia, Southeast Asia and Africa in terms of market share, according to StatCounter. Our PC browsers, available for both Windows and macOS platforms, also had a substantial user base of 57.4 million average MAUs in the three months ended March 31, 2018, compared to 42.5 million during the same period in 2017.

The browsers of today are transforming from web-browsing utilities into smarter products providing users with faster, easier and more personalized access to internet content. As technologies such as AI and big data analytics advance, consumers expect their online experiences to be increasingly customized, interactive and engaging. As a result, consumers are turning to mobile apps that deliver more personalized content discovery, enabled by big data and AI technologies. With our Opera browser serving as the initial portal through which our users access the internet, we can develop additional applications and functions on top to fulfill users' needs and increase their time spent on our products.

We first launched Opera News service, based on AIRE, our AI-powered content discovery and recommendation platform, as an integrated feature within our mobile browsers in January 2017. We also launched the standalone app, Opera News App, in January 2018. We constantly refine and optimize our AI platform with insights from our massive user base and adopt technologies including natural language processing, computer vision, image understanding to process content, and machine learning technology, including gradient boosting decision trees and deep neural networks in our recommendation engines to recommend personalized content to each individual user. Since the launch of Opera News, we have experienced tremendous user growth with 90.2 million average MAUs accessing Opera News in the three months ended March 31, 2018, an increase from 9.1 million average MAUs for the same period in 2017. In addition, the average user time spent for AIRE-enabled browsers reached approximately 32 minutes per day during the three months ended March 31, 2018 an increase of 39.1% from 23 minutes per day for the same period in 2017.

We generate revenue mainly through agreements with our search partners and partners that deliver services and advertisements to our users. Driven by the rapid adoption of our modern mobile applications, we have experienced strong revenue growth. During 2017, we recorded US$128.9 million in operating

86

TABLE OF CONTENTS

revenue, up by 20.1% from US$107.3 million in operating revenue on a pro forma consolidated basis during 2016. During the three months ended March 31, 2018, we recorded US$39.4 million in operating revenue, up by 54.8% from US$25.5 million for the same period in 2017. We had a net loss of US$12.7 million in 2016 on a pro forma consolidated basis and had net income of US$6.1 million in 2017. We had net income of US$6.6 million in the three months ended March 31, 2018 and had a net loss of US$0.2 million for the same period in 2017. Our adjusted net loss was US$9.2 million in 2016 on a pro forma consolidated basis and we had an adjusted net income of US$17.8 million in 2017. Our adjusted net income was US$0.8 million and US$9.9 million in the three months ended March 31, 2017 and 2018, respectively. To see how we define and calculate adjusted net income, a reconciliation between adjusted net income and net income (loss) (the most directly comparable IFRS financial measure) and a discussion about the limitations of non-IFRS financial measures, please refer to "Management's Discussion and Analysis of Financial Condition and Results of Operations—Non-IFRS Financial Measures."

**Our Opportunity**

The last decade has seen rapid developments in internet and mobile internet infrastructure, with regions such as North America and Europe being the most well-developed. Meanwhile, regions including Southeast Asia, South Asia and Africa are still underpenetrated in terms of internet and mobile broadband connections. As internet infrastructure in these regions continues to develop, the number of internet and mobile internet users is also expected to increase and bring substantial growth to the internet economy.

**Internet Penetration by Countries**



Note: Individuals using the internet (% of population) as of 2016.
Source: World Bank.

Since the initial widespread proliferation of the internet in the 1990s, browsers have played a key role as the software application that enables users to access the world wide web. Today, browsers are typically offered as a free application, either bundled along with a computer or mobile operating system, or offered as an independent application to be downloaded and installed on devices. In February 2018, about 16.1% of PC users and 21.8% of mobile users chose to use third party browsers, which are browsers not bundled with an operating system and excluding Google Chrome, according to StatCounter. Users that choose a third party browser typically make their choice based on safety, perceived browser speed, features and brand.

Over the past decade, OS vendors, including Apple, Microsoft and Google, have invested in their respective PC and mobile browser initiatives. These initiatives are typically focused on delivering a global,

87

TABLE OF CONTENTS

## PRINCIPAL SHAREHOLDERS

The following table sets forth information concerning the beneficial ownership of our ordinary shares as of the date of this prospectus for:

- each of our directors and executive officers; and

- each person known to us to beneficially own more than 5% of our ordinary shares.

The calculations in the table below are based on 200,000,000 ordinary shares issued and outstanding as of the date of this prospectus, and assume that 219,449,999 ordinary shares including (i) 19,200,000 ordinary shares to be issued in this offering, (ii) 9,999,999 ordinary shares to be sold by us through the Concurrent Private Placements, which number of shares has been calculated based on the initial offering price of US$12.00 per ADS, and excluding 9,750,000 ordinary shares to be surrendered to us as treasury shares immediately after this offering, will be outstanding immediately after the completion of this offering, with the further assumption that the underwriters do not exercise their option to purchase additional ADSs.

Beneficial ownership is determined in accordance with the rules and regulations of the SEC. In computing the number of shares beneficially owned by a person and the percentage ownership of that person, we have included shares that the person has the right to acquire within 60 days, including through the exercise of any option, warrant, or other right or the conversion of any other security. These shares, however, are not included in the computation of the percentage ownership of any other person.

| | Ordinary Shares Beneficially Owned Prior to This Offering | | Ordinary Shares Beneficially Owned After This Offering | |
| --- | --- | --- | --- | --- |
| | Number | %[†] | Number | %[†] |
| **Directors and Executive Officers:**[(1)] | | | | |
| Yahui Zhou[(2)] | 135,000,000 | 67.5% | 135,000,000 | 61.5% |
| Hongyi Zhou[(3)] | 55,000,000 | 27.5% | 46,750,000 | 21.3% |
| Han Fang | — | — | — | — |
| Frode Jacobsen | — | — | — | — |
| Lin Song | — | — | — | — |
| **All directors and executive officers as a group** | 190,000,000 | 95.0% | 181,750,000 | 82.8% |
| **Principal Shareholders:** | | | | |
| Kunlun Tech Limited[(4)] | 96,000,000 | 48.0% | 96,000,000 | 43.7% |
| Keeneyes Future Holding Inc.[(5)] | 39,000,000 | 19.5% | 39,000,000 | 17.8% |
| Qifei International Development Co., Ltd[(6)]. | 55,000,000 | 27.5% | 46,750,000 | 21.3% |

\*    Less than 1% of our total outstanding shares on an as converted basis.

†    For each person and group included in this column, percentage ownership is calculated by dividing the number of shares beneficially owned by such person or group, including shares that such person or group has the right to acquire within 60 days after the date of this prospectus, by the sum of (i) 200,000,000, which is the total number of shares outstanding on an as converted basis as of the date of this prospectus, (ii) the number of shares that such person or group has the right to acquire beneficial ownership within 60 days after the date of this prospectus; and (iii) immediately after the completion of this offering, 19,200,000 ordinary shares to be issued in this offering.

(1)    Unless otherwise indicated, the business address of our directors and executive officers is Gjerdrums vei 19, Oslo, Norway 0484.

(2)    Represents (i) 96,000,000 ordinary shares held by Kunlun Tech Limited, a limited liability company incorporated in Hong Kong, which is wholly owned by Beijing Kunlun Tech Co., Ltd., a company in which Yahui Zhou owns 25.9% of the equity interests and serves as chairman and chief executive officer, and (ii) 39,000,000 ordinary shares held by Keeneyes Future Holding Inc., an exempted company established in the Cayman Islands, which is wholly owned by Perfect Fortune Consultancy Limited. Perfect Fortune Consultancy Limited is wholly owned by a trust of which Yahui Zhou and his family members are the beneficiaries.

113

TABLE OF CONTENTS

**RELATED PARTY TRANSACTIONS**

**Private Placements**

See "Description of Share Capital—History of Securities Issuances."

**Transactions with Certain Shareholders**

See "Description of Share Capital—History of Securities Issuances" for a description of our issuances of ordinary shares.

**Transactions with Other Related Parties**

Kunlun AI Inc., or Kunlun AI, is a company controlled by our chief executive officer and chairman. We received certain professional services from Kunlun AI in 2016. As of December 31, 2016 and 2017 and March 31, 2018, we had professional service liability of US$0.1 million; nil (US$0) and nil (US$0) due to Kunlun AI.

Beijing Kunlun Tech Co., Ltd, or Kunlun, is a company in which our chief executive officer and chairman is a significant shareholder. We leased office facilities in Beijing from Kunlun in 2016 and 2017 and the Successor recorded expenses of US$0.2 million in the period from July 26, 2016 to December 31, 2016 and US$1.4 million in 2017. As of December 31, 2016 and 2017 and March 31, 2018, we had trade payables of US$0.2 million, US$0.1 million and nil (US$0), due to Kunlun, respectively.

Starmaker Interactive Inc, or Starmaker, is a company controlled by our chief executive officer and chairman. In 2017. we provided a loan of US$0.5 million to Starmaker, which was fully repaid in March 2018.

360 Mobile Security Limited, or 360 Mobile, is a company controlled by our director, Mr. Hongyi Zhou. Our chairman and chief executive officer, Mr. Yahui Zhou, has significant influence over 360 Mobile. We received professional services related to distribution and promotion of our advertising services worldwide from 360 Mobile and recorded expenses of US$9.7 million in 2016 consisting of US$4.5 million in the period from January 1, 2016 to November 3, 2016 and US$5.2 million in the period from November 4, 2016 to December 31, 2016 and US$8.4 million in 2017. We paid 360 Mobile Security Limited a service fee equal to the expenses it incurred in providing us services such as engaging with media owners for negotiation of advertising space booking, buying and payment, subject to an agreed cap. As of December 31, 2016 and 2017 and March 31, 2018, we had distribution liability of US$5.4 million, US$3.3 million and US$2.5 million, due to 360 Mobile, respectively.

nHorizon Innovation (Beijing) Software Ltd, or nHorizon, is our equity investee. We provided professional services to nHorizon and recorded operating revenue of US$0.3 million or US$2.6 million on a pro forma consolidated basis in 2016 consisting of US$2.3 million in the period from January 1, 2016 to November 3, 2016 and US$0.3 million in the period from November 4, 2016 to December 31, 2016 and US$0.4 million in 2017. We also received professional services from nHorizon and recorded expenses of US$1.1 million on a pro forma consolidated basis in 2016 consisting of US$1.1 million in the period from January 1, 2016 to November 3, 2016 and nil (US$0) in the period from November 4, 2016 to December 31, 2016 and US$0.5 million in 2017. As of December 31, 2016 and 2017 and March 31, 2018, we had professional service receivable of US$0.2 million, US$0.2 million and nil (US$0), due from nHorizon, respectively. As of December 31, 2016 and 2017 and March 31, 2018, we had revenue share liability of US$0.2 million, US$0.2 million and US$0.1 million, due to nHorizon, respectively. As of December 31, 2017 and March 31, 2018, we also had professional service liability of US$0.5 million and US$0.3 million, respectively.

115

TABLE OF CONTENTS

Powerbets Holdings Limited, or Powerbets, is our equity investee. We provided a loan of US$0.2 million to Powerbets in 2017, and another loan of US$0.7 million in 2018. As of March 31, 2018, we had US$0.9 million of loan receivable due from Powerbets.

Opay Digital Services Limited (HK), or Opay, is our equity investee which our chief executive officer and chairman controls through Balder Investment Inc., where certain of our other officers also have financial interests but no voting rights. Opay is an online payment service provider targeting African users. In 2017, we provided a loan of US$5.6 million to Opay in relation to its business expansion in Nigeria. In 2018, we provided a loan of US$0.4 million to Opay in relation to its business expansion in Kenya. Both loans are interest-free for the first 60 days and are due and payable upon notice. We also provided professional services to Opay and recorded operating revenue of US$2.8 million in 2017. As of March 31, 2018, we had US$5.5 million of trade receivable and US$1.0 million loan receivable, due from Opay. Our investment in and relevant transactions with Opay are in line with our business growth strategy and we expect to continue investing in Opay as its business develops.

**Share Incentive Plan**

See "Management—Compensation of Directors and Executive Officers" and "Management—Share Incentive Plan."

**Employment Agreements and Indemnification Agreements**

See "Management—Employment Agreements and Indemnification Agreements."

116

TABLE OF CONTENTS

**SHARES ELIGIBLE FOR FUTURE SALE**

Upon the completion of this offering, we will have 9,600,000 ADSs outstanding, representing 19,200,000 ordinary shares, or approximately 8.7% of our outstanding ordinary shares, assuming the underwriters do not exercise their option to purchase additional ADSs (or approximately 9.9% of our outstanding ordinary shares, if the underwriters exercise in full their option to purchase additional ADSs) and we will issue and sell 9,999,999 ordinary shares through the Concurrent Private Placements, which number of shares has been calculated based on an initial offering price of US$12.00 per ADS. All of the ADSs sold in this offering will be freely transferable by persons other than our "affiliates" without restriction or further registration under the Securities Act. Sales of substantial amounts of ADSs in the public market could adversely affect prevailing market prices of the ADSs. Prior to this offering, there has been no public market for our ordinary shares or the ADSs, and while the ADSs have been approved for listing on the NASDAQ Global Select Market, we cannot assure you that a regular trading market for ADSs may develop in the ADSs. Our ordinary shares will not be listed on any exchange or quoted for trading on any over-the-counter trading system. We do not expect that a trading market will develop for our ordinary shares not represented by the ADSs.

**Lock-Up Agreements**

We have agreed that we will not offer, pledge, sell, contract to sell, sell any option or contract to purchase, purchase any option or contract to sell, grant any option, right or warrant to purchase, lend or otherwise transfer or dispose of (including entering into any swap or other arrangement that transfers to another, in whole or in part, any of the economic consequence of ownership interests), directly or indirectly, any of the ADSs or ordinary shares or any securities that are convertible into or exchangeable for, or that represent the right to receive, the ADSs or ordinary shares or any substantially similar securities, without the prior written consent of the representatives on behalf of the underwriters for a period ending 180 days after the date of this prospectus, except issuances pursuant to the exercise of employee restricted share units outstanding on the date hereof and certain other exceptions.

Our directors, our existing shareholders and the Concurrent Private Placement investors have agreed with the underwriters, subject to certain exceptions, not to sell, transfer or otherwise dispose of any ADSs, ordinary shares or similar securities or any securities convertible into or exchangeable or exercisable for our ordinary shares or ADSs, for a period ending 180 days after the date of this prospectus. Further, we have agreed with the underwriters not to convert any RSUs into ordinary shares for a period ending 180 days after the date of this prospectus.

**Rule 144**

All of our ordinary shares outstanding prior to this offering are "restricted securities" as that term is defined in Rule 144 under the Securities Act and may be sold publicly in the United States only under an effective registration statement under the Securities Act or pursuant to an available exemption from the registration requirements.

In general, under Rule 144 as currently in effect, beginning 90 days after the date of this prospectus, a person who is not deemed to have been our affiliate at any time during the three months preceding a sale and who has beneficially owned restricted securities within the meaning of Rule 144 for more than six months would be entitled to sell an unlimited number of those shares, subject only to the availability of current public information about us. A non-affiliate who has beneficially owned restricted securities for at least one year from the later of the date these shares were acquired from us or from our affiliate would be entitled to freely sell those shares.

TABLE OF CONTENTS

- enter into any swap or other arrangement that transfers to another, in whole or in part, any of the economic consequences of ownership of the ordinary shares or ADSs,

whether any such transaction described above is to be settled by delivery of ordinary shares, ADSs, or such other securities, in cash or otherwise. In addition, we and each such person agrees that, without the prior written consent of the representatives on behalf of the underwriters, we or such other person will not, during the restricted period, make any demand for, or exercise any right with respect to, the registration of any ordinary shares, ADSs, or any security convertible into or exercisable or exchangeable for ordinary shares or ADSs.

The restrictions described in the preceding paragraphs are subject to certain exceptions.

Subject to compliance with the notification requirements under FINRA Rule 5131 applicable to lock-up agreements with our directors or officers, if the representatives, in their sole discretion, agree to release or waive the restrictions set forth in a lock-up agreement for an officer or director of us and provides us with notice of the impending release or waiver at least three business days before the effective date of the release or waiver, we agree to announce the impending release or waiver by issuing a press release through a major news service at least two business days before the effective date of the release or waiver. Currently, there are no agreements, understandings or intentions, tacit or explicit, to release any of the securities from the lock-up agreements prior to the expiration of the corresponding period.

Concurrently with, and subject to, the completion of this offering, Bitmain, IDG Capital Fund and IDG Capital Investors have agreed to purchase from us US$50,000,000, US$9,529,000 and US$471,000, respectively, worth of our ordinary shares, at a price per share equal to the initial public offering price adjusted to reflect the ADS-to-share ratio. At an initial offering price of US$12.00 per ADS, Bitmain, IDG Capital Fund and IDG Capital Investors will purchase 8,333,333, 1,588,166 and 78,500 ordinary shares from us, respectively. The Concurrent Private Placements are conducted pursuant to an exemption from registration with the SEC, under Regulation S of the Securities Act of 1933, as amended. Under the subscription agreements executed on June 26, 2018, the completion of this offering is the only substantive closing condition precedent for the Concurrent Private Placements and if this offering is completed, the Concurrent Private Placements will be completed concurrently. The investors have agreed with the underwriters not to, directly or indirectly, sell, transfer or dispose of any ordinary shares acquired in the Concurrent Private Placements for a period of 180 days after the date of this prospectus, subject to certain exceptions.

To facilitate this offering of the ADSs, the underwriters may engage in transactions that stabilize, maintain or otherwise affect the price of the ADSs. Specifically, the underwriters may sell more ADSs than they are obligated to purchase under the underwriting agreement, creating a short position. A short sale is covered if the short position is no greater than the number of ADSs available for purchase by the underwriters under the over- allotment option. The underwriters can close out a covered short sale by exercising the over-allotment option or purchasing ADSs in the open market. In determining the source of ADSs to close out a covered short sale, the underwriters will consider, among other things, the open market price of ADSs compared to the price available under the over-allotment option. The underwriters may also sell ADSs in excess of the over-allotment option, creating a naked short position. The underwriters must close out any naked short position by purchasing ADSs in the open market. A naked short position is more likely to be created if the underwriters are concerned that there may be downward pressure on the price of the ADSs in the open market after pricing that could adversely affect investors who purchase in this offering. In addition, to stabilize the price of the ADSs, the underwriters may bid for, and purchase, ADSs in the open market. Finally, the underwriting syndicate may reclaim selling concessions allowed to an underwriter or a dealer for distributing the ADSs in this offering, if the syndicate repurchases previously distributed ADSs to cover syndicate short positions or to stabilize the price of the ADSs. Any of these activities may raise or maintain the market price of the ADSs above independent market levels or prevent or retard a decline in the market price of the ADSs. The underwriters are not required to engage in these activities, and may end any of these activities at any time.

148

TABLE OF CONTENTS

The underwriters and their respective affiliates are full service financial institutions engaged in various activities, which may include securities trading, commercial and investment banking, financial advisory, investment management, investment research, principal investment, hedging, financing and brokerage activities. Certain of the underwriters and their respective affiliates have, from time to time, performed, and may in the future perform, various financial advisory and investment banking services for us, for which they received or will receive customary fees and expenses.

In addition, in the ordinary course of their various business activities, the underwriters and their respective affiliates may make or hold a broad array of investments and actively trade debt and equity securities (or related derivative securities) and financial instruments (including bank loans) for their own account and for the accounts of their customers and may at any time hold long and short positions in such securities and instruments. Such investment and securities activities may involve our securities and instruments. The underwriters and their respective affiliates may also make investment recommendations or publish or express independent research views in respect of such securities or instruments and may at any time hold, or recommend to clients that they acquire, long or short positions in such securities and instruments. We have agreed to indemnify the underwriters against certain liabilities, including liabilities under the Securities Act and liabilities incurred in connection with the directed share program referred to below. If we are unable to provide this indemnification, we will contribute to payments that the underwriters may be required to make for these liabilities.

At our request, the underwriters have reserved for sale, at the initial public offering price, up to 960,000 ADSs offered by this prospectus for sale, at the initial public offering price, to our directors, officers, employees, business associates and related persons. If purchased by these persons, these ADSs will be subject to a 180-day lock-up restriction. We will pay all fees and disbursements of counsel incurred by the underwriters in connection with offering the ADSs to such persons. Any sales to these persons will be made through a directed share program. The number of ADSs available for sale to the general public will be reduced to the extent such persons purchase such reserved ADSs. Any reserved ADSs not so purchased will be offered by the underwriters to the general public on the same basis as the other ADSs offered by this prospectus.

The address of China International Capital Corporation Hong Kong Securities Limited is 29th Floor, One International Finance Centre, 1 Harbour View Street, Central, Hong Kong. The address of Citigroup Global Markets Inc. is 388 Greenwich Street, New York, NY 10013, United States. The address of Carnegie AS is Fjordalléen 16, Aker Brygge, P.O. Box 684 Sentrum, N-0106 Oslo, Norway.

**Electronic Offer, Sale and Distribution of Shares**

A prospectus in electronic format may be made available on websites maintained by one or more underwriters, or selling group members, if any, participating in this offering. The representatives may agree to allocate a number of ADSs to underwriters for sale to their online brokerage account holders. Internet distributions will be allocated by the representatives to underwriters that may make Internet distributions on the same basis as other allocations. In addition, ADSs may be sold by the underwriters to securities dealers who resell ADSs to online brokerage account holders. Other than the prospectus in electronic format, the information on any underwriter's or selling group member's website and any information contained in any other website maintained by any underwriter or selling group member is not part of the prospectus or the registration statement of which this prospectus forms a part, has not been approved and/or endorsed by us or any underwriter or selling group member in its capacity as underwriter or selling group member and should not be relied upon by investors.

**Pricing of the Offering**

Prior to this offering, there has been no public market for the ordinary shares or ADSs. The initial public offering price is determined by negotiations between us and the underwriters and representatives.

149

TABLE OF CONTENTS

**KUNHOO SOFTWARE LLC**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

**Note 28   Business combinations (continued)**

are expected to be avoided as a result of the patents or trademarks being owned. The multi-period excess earnings method considers the present value of net cash flows expected to be generated by the customer relationships, by excluding any cash flows from related contributory assets.

Trade receivable comprise gross contractual amounts due of US$29.4 million of which US$4.0 million was expected to be uncollectible at the date of the acquisition.

Deferred revenue relates to payments in advance for engineering and hosting services that remain required to be performed at the acquisition date. Deferred revenue is based on the fair value of remaining services to be performed.

The goodwill allocated represents the growth outlook of the business, including the growth of the content platform activities and improved monetization.

**Note 29   Investment in associates, joint ventures and other shares**

**nHorizon (PRC)**

The nHorizon joint venture consists of nHorizon Innovation (Beijing) Software Limited and nHorizon Infinite (Beijing) Software Limited (collectively, "nHorizon"). The joint venture was co-founded by Otello Corporation ASA and Telling Telecom in August 2011. The Group acquired the investment in nHorizon as a result of the acquisition of Opera Software AS. The Group accounts for the joint venture using the equity method.

**Powerbets Holdings Limited (HK)**

Kunhoo Software Limited and a group related to Supabets HL Limited entered into an agreement to start a joint venture, establishing Powerbets Holdings Limited ("Powerbets") where Kunhoo Software Limited would take a 50.1% ownership share. The joint venture was initiated on August 1, 2017. The Group accounts for the joint venture using the equity method as of August 1, 2017 as it is a jointly controlled entity.

**Opay Digital Services Limited (HK)**

Opay Digital Services Limited (HK) ("Opay") was incorporated on November 1, 2017, and as of December 31, 2017 Kunhoo Software Limited has a 19.9% ownership share. Opay is an associate as the Group has significant current influence, and has accounted for it using the equity method in 2017.

For information concerning related party transactions, see note 30.