# Exhibit C



## Opera Limited announces fourth quarter and full year 2018 financial results

February 21, 2019

- Scale and cost control unlocked new levels of profitability for Opera in 2018, with full year net income at a record $35.2 million, nearly six times the $6.1 million net income of 2017, and adjusted net income at a record $46.1 million, an increase of 159% from $17.8 million in 2017
- Continuation of strong growth in the fourth quarter, resulting in record revenue of $50.2 million (up 29.2% year over year) as the business continues to scale, propelled by growing user adoption of Opera News and Opera mobile and PC browsers, with records across all our profitability metrics
- In the fourth quarter, Opera reached 208.0 million average smartphone MAUs, and 60.9 million average PC MAUs, both representing all-time highs
- Opera News average MAUs reached 134.1 million in the fourth quarter, adding 12.7 million MAUs versus the third quarter
- Opera announces distribution agreements with Android-powered smartphone makers Oppo, Xiaomi and Transsion, including several devices where Opera will be the main browser in the dock
- Opera repurchased 728,912 ADSs in 2018 under the previously announced share repurchase program

OSLO, Norway, Feb. 21, 2019 (GLOBE NEWSWIRE) -- Opera Limited (Nasdaq: OPRA) ("Opera"), one of the world's leading browser providers and an influential player in the field of integrated AI-driven digital content discovery and recommendation platforms, today announced its unaudited consolidated financial results for the fourth quarter and the full year ended December 31, 2018.

**Fourth quarter and full year 2018 financial highlights**

| US$ thousand, except for margins and per ADS amounts | Fourth quarter | | | Year over year growth | | Full year | | | Year over year growth | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2017 | | 2018 | | | 2017 | | 2018 | | |
| Operating revenue | 38,869 | | 50,207 | | +29.2 % | 128,893 | | 172,276 | | +33.7 % |
| Net income | 1,252 | | 11,412 | | +811.5 % | 6,064 | | 35,160 | | +479.8 % |
| *Margin* | *3.2* % | | *22.7* % | | | *4.7* % | | *20.4* % | | |
| Adjusted EBITDA [1] | 9,043 | | 17,511 | | +93.6 % | 34,119 | | 65,794 | | +92.8 % |
| *Margin* | *23.3* % | | *34.9* % | | | *26.5* % | | *38.2* % | | |
| Adjusted net income [1] | 4,229 | | 12,983 | | +207.0 % | 17,796 | | 46,136 | | +159.2 % |
| *Margin* | *10.9* % | | *25.9* % | | | *13.8* % | | *26.8* % | | |
| Diluted net income per ADS, US$ | 0.013 | | 0.101 | | +684.8 % | 0.063 | | 0.337 | | +435.3 % |
| Diluted adjusted net income per ADS [1], US$ | 0.043 | | 0.115 | | +167.0 % | 0.185 | | 0.442 | | +139.0 % |

[1] Please see the separate section "About non-IFRS financial measures" for details on adjusted EBITDA and adjusted net income.

Mr. Frode Jacobsen, Opera's CFO, said, "We are very pleased to deliver another record quarter across all of our key financial metrics. Our revenue reached 50.2 million, up 29.2% compared to the fourth quarter of 2017, and crossing a major milestone by exceeding $50 million for the first time. This led to record adjusted EBITDA of $17.5 million in the quarter, and a record adjusted net income of $13.0 million.

"Over the past year, we added 33.6 million smartphone and PC users, representing a 14.3% user base growth which combined with strengthened monetization to deliver a 33.7% annual revenue growth and new levels of scale economics in our business model. We saw our annual adjusted EBITDA nearly doubled to $65.8 million at a 38.2% margin, and our annual adjusted net income increase even more rapidly to $46.1 million at a 26.8% margin, making significant progress towards our long-term operating model target of adjusted EBITDA margin of 45-55% and adjusted net income margin of 35-45%.

"We remain focused on further strengthening our user monetization. In the fourth quarter, our sequential growth in search and advertising ARPU was 4.1% and 5.9%, respectively. This was driven by both our ability to grow users in well-monetized geographies as well as our focus on continued improvements of advertising monetization, including initial monetization of the dedicated Opera News App."

Full-year 2018 revenue includes a prior period (third quarter) adjustment of negative $1.9 million, following an internal conclusion to recognize a recently launched advertising revenue stream on a net basis. The adjustment is mirrored by an equal reduction in cost of revenue, and therefore does not impact profitability at any reported level. Excluding the impact of this change, both our fourth quarter and full-year revenue would have been reported above the previously guided ranges of 48-52 million and 172-176 million, respectively, which were developed and communicated prior to the

**2018 summary review of associates and joint ventures**

Associates and joint ventures are not consolidated, but are accounted for using the equity method.

**Opay**, an associate in which Opera has a 19.9% ownership share, launched its mobile money services in 2018. Opay focused its efforts in Nigeria, a market characterized by a massive, un-banked population with low mobile money penetration. Opay launched an agent-centric operation in July as a means to reach the underserved population. By year-end, Opay had recruited 3,000 agents and December's average daily transaction volume was in excess of $1 million, with peak days exceeding $1.5 million, placing Opay among top-tier mobile money providers in Nigeria less than one year after launch.

In 2018, Opay also launched a separate microfinance product in Kenya, branded OKash. The service is app-based and offers instant credit to approved borrowers. To begin, the App was primarily marketed to Opera's browser users. By the fourth quarter, OKash generated  $1.7 million of revenue from 280,000 microloans, and held active licenses to provide similar microfinance products in four other countries.

In late December, Opera acquired OKash from Opay for a consideration of $9.5 million. This was done in connection with Opay streamlining its portfolio to focus on mobile money services as it entered into dialogue with prospective new investors for future funding. For Opera, the acquisition of the OKash business represents a new and profitable user-driven business opportunity that will benefit from Opera's existing reach and scale in relevant African and Asian markets, and of relevant demographics, in a similar fashion as Opera News.

The acquired OKash business is tracking towards approximately $1.0 million of EBIT in the first quarter of 2019, and is expected to generate EBIT in excess of $6 million for the year as a whole, resulting in an expected acquisition multiple of below 1.6x 2019 EBIT.

We plan to replicate the Kenyan success of OKash and expand the operations into other markets, even though it will put a weight on the near-term, overall profit contribution. We plan to report the OKash business as a separate segment as of 2019.

**Powerbets**, a joint venture in which Opera has a 50.1% ownership share, provides a platform for sports betting, virtual sports betting, and gaming services throughout Africa. Having one of the largest gaming footprints in Africa, Powerbets is licensed in nine African markets and operational in seven. Through 2018, Powerbets demonstrated steady improvements in its financial performance, and we expect the company to break-even towards the end of 2019.

**nHorizon**, a joint venture in which Opera has a 29.09% ownership interest, operates an Opera browser in China with monetization partners, including Baidu, Sogou and others. Excluding extraordinary items, the company generated a small profit in 2018.

**StarMaker**, an associate in which Opera has a 19.35% ownership share, is a technology-driven social media company focused on music and entertainment. StarMaker enables users to record and share their own music videos, collaborate with other musicians, connect with other users and follow their idols on the social platform. During the second half of 2018, Starmaker expanded into short-form music and video clips of a more viral nature, and increased its revenue by 53% compared with the first half of 2018, reaching an annualized revenue run-rate in excess of $17 million in December.

**Business outlook**

Our baseline expectation for 2019 has revenue in the range of $220-230 million, representing year over year growth of 28-34%. At the baseline, we would expect adjusted EBITDA for 2019 to be in the range of $75-82 million, corresponding to a 34-36% margin for the year. This estimate factors in a $10 million strategic increase in our cost base apart from general and inflationary adjustments to invest in building our localization capabilities for Opera News, further strengthening our browser value proposition for certain attractive user segments, and launching OKash outside its original market.

Beyond the baseline, we are excited about several concrete opportunities to invest in additional marketing and distribution to accelerate our revenue growth through incremental growth of our browser user base, with a focus on Europe, and our Opera News user base, including in key emerging Asian markets. Such investment decisions will be informed by the engagement KPIs and monetization capability of each product to ensure healthy investment returns. As revenue would be impacted over time, while the majority of our marketing and distribution cost is immediately recognized, we would expect to see a payback period of approximately four quarters.

Turning to the first quarter of 2019, we estimate baseline revenue of $46-49 million, accounting for the seasonal effect on search and advertising revenue, as well as an expected decline in "technology licensing and other" revenue to approximately  $3.5 million in the quarter. This corresponds to a 17-24% year over year growth versus the first quarter of 2018, or 28-37% growth excluding the "technology licensing and other" revenue category.

Compared to the baseline, we expect to invest $5-8 million in incremental marketing and distribution, focusing on broadening our browser reach in the first quarter of such investments. The business case is supported by strong existing monetization metrics, and doubles as an investment in broadening our Opera News distribution platform. In terms of first quarter revenue impact, we expect an incremental $1-2 million.

Inclusive of this, our first quarter revenue guidance becomes $47-51 million, with an adjusted EBITDA range of $7-9 million, consisting of a baseline adjusted EBITDA expectation of $12-14 million, less the approximate $5 million initial impact of our incremental marketing investment.

**Fourth quarter 2018 consolidated financial results**

All comparisons in this section are relative to the fourth quarter of 2017 unless otherwise stated.

**Revenue** increased 29.2% to $50.2 million.

- Search revenue increased 4.9% to $21.1 million, driven by the increase in our browser user base.
- Advertising revenue increased 23.5% to $17.6 million. The substantial lift follows the continued increase in our user base, the ongoing improvements of Opera News monetization, as well as continued improvements in our ability to help e-commerce and other partners grow their revenues from which we collect a revenue share. Compared to the previous quarter, advertising revenue increased 12.2% from $15.7 million, having adjusted third quarter revenue following our