# Exhibit F

Table of Contents

Filed Pursuant to Rule 424(b)(5)
Registration No. 333-233691

**PROSPECTUS SUPPLEMENT**
**(To Prospectus Dated September 10, 2019)**

## 7,500,000 American Depositary Shares



# Opera Limited

### Representing 15,000,000 Shares

We are selling 7,500,000 American depositary shares, or ADSs. Each ADS represents two ordinary shares. We have granted the underwriters an option to purchase up to 1,125,000 ADSs at the price to the public less the underwriting discounts and commissions.

Our ADSs are listed on the NASDAQ Global Select Market under the symbol "OPRA." On September 19, 2019, the reported last sale price for the ADSs was US $10.95 per ADS.

**Investing in the ADSs involves risks. See "Risk Factors" beginning on page S-19 of this prospectus supplement and those included in the documents incorporated by reference in this prospectus supplement and the accompanying prospectus to read about factors you should consider before buying our ADSs.**

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus supplement or the accompanying prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

|  | Per ADS | Total |
|---|---|---|
| Public offering price | US$10.00 | US$75,000,000 |
| Underwriting discounts and commissions[(1)] | US$0.42 | US$3,150,000 |
| Proceeds to Opera Limited (before expenses) | US$9.58 | US$71,850,000 |

(1)  For a description of compensation payable to the underwriters, see "Underwriting."

The underwriters expect to deliver the ADSs against payment in New York, New York on or about September 24, 2019.

## Citigroup    CICC

Cowen                    B. Riley FBR

Prospectus Supplement dated September 20, 2019

Table of Contents

| | |
|---|---|
| Use of Proceeds | Our net proceeds from this offering are expected to be approximately US$71.3 million, or approximately US$82.1 million if the underwriters exercise their option to purchase additional ADSs in full, based on the public offering price per ADS of US$10.00, after deducting underwriting discounts and commissions and the estimated offering expenses payable by us.<br><br>We expect to use the net proceeds from this offering primarily for the general corporate purposes.<br><br>See "Use of Proceeds." |
| Lock-up | We, our directors and executive officers, and certain shareholders have agreed with the underwriters, subject to certain exceptions, not to sell, transfer or dispose of any ADSs, ordinary shares or similar securities for a period of 90 days after the date of this prospectus, subject to certain exceptions. See "Underwriting" for more information. |
| NASDAQ symbol | OPRA |
| Risk Factors | See "Risk Factors" and other information included in this prospectus supplement, the accompanying prospectus and the documents incorporated by reference in this prospectus supplement, as such factors may be amended, updated or modified periodically in our reports filed with the Securities and Exchange Commission, or the SEC, for a discussion of factors you should carefully consider before deciding to invest in the ADSs. |
| Payment and Settlement | The ADSs are expected to be delivered through the book-entry transfer facilities of The Depository Trust Company in New York, New York, on or about September 24, 2019. |

S-14

Table of Contents

Our efforts to avoid or address any of these events could require us to incur substantial expenditures to modify or adapt our content, services or platforms. If we fail to retain or continue growing our user base, or if our users reduce their engagement with our platforms, our business, financial condition and results of operations could be materially and adversely affected.

***We face intense competition and if we do not continue to innovate and provide products and services that meet the needs of our users, we may not remain competitive.***

We face intense competition in all of the products and services we offer. In the browser space, we generally compete with other global browser developers, including Google (Chrome browser), Apple (Safari browser) and Microsoft (Internet Explorer and Edge browsers) and with other regional internet companies that have strong positions in particular countries. In the content space, we have faced significant competition from other internet companies promoting their own content products and services globally, including Google and Apple, and traditional media such as local and global newspapers and magazines. In addition, we compete with all major internet companies for user attention and advertising spend. Moreover, in emerging international markets, where mobile devices often lack large storage capabilities, we may compete with other applications for the limited space available on a user's mobile device. As we introduce new products, as our existing products evolve, or as other companies introduce new products and services, we may become subject to additional competition. For example, in 2018, we launched the Opera News App, our first standalone AI-powered news-publishing app, and we entered the fintech business with the acquisition of OKash. While we view our new products as extensions of Opera's mobile product portfolio, adding new products and services subjects us to additional competition and new competitors.

Many of our current and potential competitors have significantly greater resources and broader global recognition and occupy better competitive positions in certain markets than we do. These factors may allow our competitors to respond to new or emerging technologies and changes in market requirements better than we can. Our competitors may also develop products, features or services that are similar to ours or that achieve greater market acceptance. These products, features and services may undertake more far-reaching and successful product development efforts or marketing campaigns, or may adopt more aggressive pricing policies. In addition, our partners may use information that we share with them to develop or work with competitors to develop products or features that compete with us. Certain competitors, including Apple, Microsoft and Google, could use strong or dominant positions in one or more markets to gain competitive advantages against us in areas where we operate, including by:

- integrating competing features into products they control such as web browsers or mobile device operating systems;

- making acquisitions for similar or complementary products or services; or

- impeding Opera's accessibility and usability by modifying or imposing use restrictions on existing hardware and software on which the Opera application operates or upon which it depends.

As a result, our competitors may acquire and engage users at the expense of our user growth or engagement, which may seriously harm our business.

We believe that our ability to compete effectively depends on many factors, many of which are beyond our control, including:

- the usefulness, novelty, performance and reliability of our products compared to our competitors;

- the size and demographics of our MAUs;

- the timing and market acceptance of our products, including developments and enhancements of our competitors' products;

- our ability to monetize our products;

- the effectiveness of our marketing and distribution teams;

- our ability to establish and maintain partners' interest in using Opera;

Table of Contents

***Our business depends on a strong brand and reputation, and we may not be able to maintain and enhance our brand or reputation or there may be negative publicity against us.***

We believe that our "Opera" brand and our reputation have contributed significantly to the success of our business. We also believe that maintaining and enhancing the "Opera" brand and our reputation are critical to increasing the number of our users and customers. As our market becomes increasingly competitive, our success in maintaining and enhancing our brand and reputation will depend largely on our ability to remain as a leading provider of AI-powered news feed, browser and other products and services, which may become more expensive and challenging.

We consistently conduct marketing and brand promotion efforts and over the years have increased related spending. In addition, we work closely with key mobile device manufacturer partners to pre-install Opera products and co-market our products and services. However, we cannot assure you that our marketing and brand promotion activities in the future will achieve the expected brand promotion effect to acquire users in a cost-effective way. If we fail to maintain and further promote the "Opera" brand or our reputation, or if we incur excessive expenses in this effort, our business and results of operations may be materially and adversely affected.

***Our ongoing investment in new businesses and new products, services and technologies is inherently risky and could disrupt our ongoing businesses.***

We have invested and expect to continue to invest in new businesses, products, services and technologies. For example, in November 2018 we invested in StarMaker, a fast-growing technology-driven social media company focused on music and entertainment, with a user base in emerging markets such as India, Indonesia and the Middle East. Likewise, in December 2018, we acquired the "OKash" fintech business, a microcredit product we believe is a new user-driven business opportunity, that will benefit from our existing reach and scale in emerging markets. Such endeavors may involve significant risks and uncertainties, including insufficient revenues from such investments to offset any new liabilities assumed and expenses associated with these new investments, inadequate return of capital on our investments, distraction of management from current operations and unidentified issues not discovered in our due diligence of such strategies and offerings that could cause us to fail to realize the anticipated benefits of such investments and incur unanticipated liabilities. Because these new ventures are inherently risky, no assurance can be given that such strategies and offerings will be successful and will not adversely affect our reputation, financial condition and operating results.

In November 2018, we invested US$30 million to acquire a 19.4% equity interest in StarMaker, a social media company focused on music and entertainment. According to certain online media reports, holders of a cryptocurrency claim that StarMaker is obligated to repurchase their coins, and have filed complaints with government authorities to compel StarMaker to do so. StarMaker has confirmed to us that these allegations are based on inaccurate facts, are unfounded and meritless. Nevertheless, should any investigation or lawsuit be undertaken against StarMaker, or the perception of inappropriate business conduct by key members of StarMaker's management team could potentially damage the reputation of StarMaker, its management and us, regardless of the merits. Defending against such future allegation or claim could be both costly and time-consuming and may divert the efforts and resources of the management of StarMaker. If any lawsuit against StarMaker is successful, our investment in StarMaker could be materially and adversely affected.

In addition, we invest cash not required in the short term in marketable securities in accordance with our investment policy. Our investments are subject to volatilities in the financial markets. We cannot guarantee that our investment portfolio will be safe or liquid or generate expected returns. Any failure to make these investments effectively could limit cash available for our business operation and expansion, result in financial losses and have a material adverse effect on our business, financial position, results of operation, and prospects.

***Our fintech business may not be successful.***

In December 2018, we acquired a fintech business that had launched in Kenya. We have since grown this business in Kenya and launched in Nigeria and India. This app-based microfinance service offers instant microcredit to approved borrowers under "OKash" and other local brands. In the six months ended June 30, 2019, revenue from our microfinance business was US$16.6 million, representing 14.9% of our total revenue. The operation of our fintech business involves significant risks and uncertainties and may not achieve expected results.

Table of Contents

We bear the credit risk of our borrowers. As we carry out our plans to expand our microfinance business and offer new loan products to an expanding borrower base, we may not be able to effectively manage the credit risks associated with the fintech business. We rely on our risk assessment technology in assessing the creditworthiness of our borrowers and the risks associated with loans. If our risk assessment technology is flawed or ineffective, or if we otherwise fail or are perceived to fail in managing the default risks of loans we extend, the delinquency rate of these loans may increase in a manner that surpasses the benefits we derive, putting a significant portion of the funds that we lend at risk, which may adversely affect our financial position and results of operations. Furthermore, we are subject to the risk of fraudulent activity associated with borrowers and parties handling borrower information. Credit and other information that we receive from the borrower and third parties about borrowers may be inaccurate or may not accurately reflect the borrower's creditworthiness, which may compromise the accuracy of our risk assessment. In addition, our business is subject to credit cycles associated with the volatility of the general economy in the markets in which operate our fintech business, which are generally developing markets. If economic conditions deteriorate, we may face an increased risk of default or delinquency of borrowers, which will result in lower returns or even losses. The success of our microfinance business also depends on our ability to collect payments, and we cannot assure you that we will be able to collect repayments on the loans as expected.

We also may not be able to expand our fintech business effectively. In order to maintain and increase the amount of loans we extend to borrowers, we must continue to offer competitive products and broaden our prospective borrower base, which may be affected by several factors, including our brand recognition and reputation, the financing fee rate charged, credit terms offered and our efficiency in engaging prospective borrowers. If we fail to promote our loan products and brand in an effective and cost-efficient way, our business and results of operations may be harmed. As we expand our fintech business to new countries, we may have to incur increasing expenses to establish our brand, attract new borrowers and comply with local laws and regulations. We may face local and international competitors as we expand, and if we do not compete effectively, our operating results could be materially and adversely affected. In addition, we currently utilize our own capital to fund loans, which limits our ability to scale our microfinance business. We may require external funding to fund and expand our microfinance business, which may not be available on terms that will allow us to extend loans to customers at a competitive rate, are acceptable to us, or at all. We also rely on various third parties to provide services for our microfinance business including payment processing. If we fail to secure collaboration with reputable third-party service providers, our business may be adversely affected.

The online microfinance markets in the countries we operate in are new and may not evolve as expected. The regulatory regimes in these countries with respect to the online microfinance industry is relatively new and evolving, and the interpretation and enforcement regimes are subject to significant uncertainties. If our microfinance business is deemed to violate any laws and regulations, our business, financial condition and results of operations would be materially and adversely affected.

We have limited experience in most aspects of the operations of our microfinance business, which makes it difficult to evaluate our future prospects. Failure to manage or grow our fintech business may have material adverse effect on our overall financial position and results of operations.

***We operate a platform that includes third parties over whose actions we have no control.***

Our AI-powered content discovery platform integrates the services of third-party search engines and content providers. We cannot control the actions of these third parties and if they do not perform their functions to our satisfaction or the satisfaction of our users, it may damage the reputation of our platform. Our browsers integrate online search capabilities from leading international and regional search companies. We cannot be certain that our search partners will provide our users with the search results that they are looking for. Our browsers also contain short-cuts to third party e-commerce, travel and other businesses, and we cannot be certain that the products and services that these third-parties provide will all be legitimate, of a sufficiently high quality or that they will accurately represent the products and services in their postings. Further, while we have agreements with each of these parties, any legal protections we might have in our agreements could be insufficient to compensate us for our losses and may not be able to repair the damage to our reputation.

***We rely upon third-party channels and partners in distributing products and services.***

We rely upon a number of third-party channels to provide products and services to our users. For example, we primarily rely on third party application distribution channels, such as the Apple App Store and the Google Play Store, to allow users to download our applications and games. In addition, we work closely with key mobile manufacturers to pre-install Opera products on their mobile phones. We also rely upon data center providers to store important and valuable data. If any of these third-party channel providers delivers unsatisfactory services, engages in fraudulent action, or is unable or refuses to continue to provide its services to us and our users for any reason, it may materially and adversely affect our business, financial condition and results of operations.

Table of Contents

The restrictions described in the preceding paragraphs are subject to certain exceptions.

Subject to compliance with the notification requirements under FINRA Rule 5131 applicable to lock-up agreements with our directors or officers, if the representatives, in their sole discretion, agree to release or waive the restrictions set forth in a lock-up agreement for an officer or a director of us and provides us with notice of the impending release or waiver at least three business days before the effective date of the release or waiver, we agree to announce the impending release or waiver by issuing a press release through a major news service at least two business days before the effective date of the release or waiver. Currently, there are no agreements, understandings or intentions, tacit or explicit, to release any of the securities from the lock-up agreements prior to the expiration of the corresponding period.

To facilitate this offering of the ADSs, the underwriters may engage in transactions that stabilize, maintain or otherwise affect the price of the ADSs. Specifically, the underwriters may sell more ADSs than they are obligated to purchase under the underwriting agreement, creating a short position. A short sale is covered if the short position is no greater than the number of ADSs available for purchase by the underwriters under the over-allotment option. The underwriters can close out a covered short sale by exercising the over-allotment option or purchasing ADSs in the open market. In determining the source of ADSs to close out a covered short sale, the underwriters will consider, among other things, the open market price of ADSs compared to the price available under the over-allotment option. The underwriters may also sell ADSs in excess of the over-allotment option, creating a naked short position. The underwriters must close out any naked short position by purchasing ADSs in the open market. A naked short position is more likely to be created if the underwriters are concerned that there may be downward pressure on the price of the ADSs in the open market after pricing that could adversely affect investors who purchase in this offering. In addition, to stabilize the price of the ADSs, the underwriters may bid for, and purchase, ADSs in the open market. Finally, the underwriting syndicate may reclaim selling concessions allowed to an underwriter or a dealer for distributing the ADSs in this offering, if the syndicate repurchases previously distributed ADSs to cover syndicate short positions or to stabilize the price of the ADSs. Any of these activities may raise or maintain the market price of the ADSs above independent market levels or prevent or retard a decline in the market price of the ADSs. The underwriters are not required to engage in these activities, and may end any of these activities at any time.

The underwriters and their respective affiliates are full service financial institutions engaged in various activities, which may include securities trading, commercial and investment banking, financial advisory, investment management, investment research, principal investment, hedging, financing and brokerage activities. Certain of the underwriters and their respective affiliates have, from time to time, performed, and may in the future perform, various financial advisory and investment banking services for us, for which they received or will receive customary fees and expenses.

In addition, in the ordinary course of their various business activities, the underwriters and their respective affiliates may make or hold a broad array of investments and actively trade debt and equity securities (or related derivative securities) and financial instruments (including bank loans) for their own account and for the accounts of their customers and may at any time hold long and short positions in such securities and instruments. Such investment and securities activities may involve our securities and instruments. The underwriters and their respective affiliates may also make investment recommendations or publish or express independent research views in respect of such securities or instruments and may at any time hold, or recommend to clients that they acquire, long or short positions in such securities and instruments. We have agreed to indemnify the underwriters against certain liabilities, including liabilities under the Securities Act. If we are unable to provide this indemnification, we will contribute to payments that the underwriters may be required to make for these liabilities.

The address of Citigroup Global Markets Inc. is 388 Greenwich Street, New York, NY 10013, United States. The address of China International Capital Corporation Hong Kong Securities Limited is 29th Floor, One International Finance Centre, 1 Harbour View Street, Central, Hong Kong.

S-59