# Exhibit G

**S&P Global**
Market Intelligence

# Opera Limited NasdaqGS:OPRA Company Conference Presentation

**Wednesday, January 15, 2020 1:00 PM GMT**

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

**EXECUTIVES**

**Derrick L. Nueman**
*Vice President of Investor Relations*

**ANALYSTS**

**Unknown Analyst**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Unknown Analyst**

Good morning, everyone, and welcome to the 22nd Annual Needham Growth Conference. Reminder, one-on-one desks are on the second floor and 10-20 on the tenth floor. If you need to request meetings or changes to your individual schedule, you can do that there.

I would like -- and now, I'd like to introduce Derrick Nueman from Opera.

**Derrick L. Nueman**
*Vice President of Investor Relations*

Good morning, and really appreciate you guys coming to join me this really early in the morning. Apologize, probably a slide before you get to the meat of the presentation. Thank you.

All right. Now that I can actually hit the slides, okay, let's get going. So Opera, it's probably one of the biggest Internet companies very few people have heard of. We've got 350 million global users, very few are in the United States. The 3 regions where we're really strong are Europe, Asia and Africa. And we've been a growing platform both in terms of users and in revenue. And what's really interesting, given our brand, we have a real opportunity to leverage into new products, which we'll get into as we go through the presentation.

So as I said, we're a very big consumer brand. Our legacy with the Opera browser, it's continuing to grow. And we've launched a handful of new businesses. The 2 which I'll highlight in this presentation are Opera News. I'll get into more details in a second, but it's an AI news platform with 170 million users that's personalized for each user. And the second one is our microlending business, where we're doing small microloans to people in emerging markets and giving the unbanked access to credit.

Before I get into the details, I do want to go through our time line. Many of you may have met with Opera through the past. It was one of the first browsers. The company went private in 2016. It was taken private by a Chinese consortium with the idea that the browser could reignite growth through a combination of growing users and being differentiated; and the number two, increasing monetization. Again, additionally, the idea was with a very strong brand in those 3 key regions, we had the opportunity to launch a bunch of new products. And the company started showing success on the browser, started showing success on launching new products and went public last year on the NASDAQ.

Just at a high level, we're again a very big global Internet brand. We have very good revenue growth. We have very good monetization. Our existing core business continues to grow. And we have these new exciting opportunities in news, fintech and other verticals such as classifieds where we're showing hyper growth. And while we're investing heavily in our business, we are seeing margin expansion.

So let's start with our Opera browser. Again, it's our legacy business, but it doesn't feel like a legacy business. And when I say that, our browser users keep growing. An example, on our desktop sort of vertical, we grew 16% year-over-year last quarter. Our monetization continues to get better as we optimize our search and our advertising partners. And what this means is we're having low double-digit revenue growth. And we have an avenue, again, to launch all these new products.

One thing I want to show you is we have a really big TAM for what we are. I assume most of the people in the room are using a default browser, whether it's Safari or Chrome. But there is a large population who's looking to use an alternative browser, and we put that at about 20% in developed markets. And there's pretty big growth to this market. And from our perspective, we're not sitting here trying to unseat Chrome or Safari. We're here for those people who are looking for a non-default browser to choose Opera.

I want to go back here to some of the stats that I referenced earlier. You can see that we've grown both on mobile and PC. Interesting enough, mobile, we're very strong in emerging markets, Africa and Asia. And PC, we're very strong in Europe. Obviously, in a place like Africa and Asia, there aren't a lot of PC users given some of the bandwidth constraints. We have very good brand awareness in a couple of key

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

markets in Africa. As an example, in Nigeria, we have close to 50% market share. And that's important as we launch new products.

One of the thing that's different about Opera versus, let's say, a Chrome or Safari is we're a very, very flexible platform. And we have differing offerings for different markets. So if you look all the way at the left, you have -- or sorry, the right, you have Opera Mini. And this is really our product for emerging markets. And what's really great there is telecom networks and data is very expensive, and the telecom networks aren't very good. And what we do is we make sure the pages load quicker and we optimize for data. And that's why we have such strong market share in those markets. Interesting enough, this is based on the first web browser we launched in 2006, which was meant for the very slow networks here in the U.S.

As you can see, as you move along the page, we have some more high-end products like Opera for Android, which is a highly featured mobile browser. And then we have Opera for computers, which again is very, very well regarded in the tech community.

So again, why do people choose Opera? We believe it's our continuous innovation. And if you look here, you can see some of the things that we've created: tabbed browsing, so if you want to look at multiple browsers -- multiple tabs when you're browsing; a news feed data savings. But as we go forward, we're continually looking for new features where we can differentiate. So we have an ad blocker, a built-in VPN. Last year, we launched a Crypto Wallet. It's something that not a lot of people utilize, but the tech community thinks it's pretty cool. And our most recent innovation is we launched a gaming browser called Opera GX, and it's really meant to help online gamers get more out of their PC using experience. And it's had very good downloads, which really great is the growth has been very organic. And people are using it quite a bit, meaning the monthly active user, the daily active user ratio is very low.

So how do we monetize our browser? We do it in 2 simple ways. The first way is we do it through search relationships. So as you can see, there's a search box up there. When you do a search for Google and, let's say, type in running shoes and you buy something or you click on a paid link, we get paid. Google loves us as a partner because we, a, bring traffic to them; and b, it shows their competition in the market.

The second way we monetize is through what we call speed dials, so you can see those advertising bookmarks. And when you click on a booking.com as an example and you do a transaction, we get paid an affiliate fee. And those are both very good models, very -- not very interruptive, and we think they help the user experience.

So let's get into the hyper growth of our business. Let's start with Opera News. Again, it's an AI-powered content distribution platform. And we use AI, your click streams to serve you a personalized experience. It's a very good product. It's constantly evolving. We're constantly updating our algorithm.

As you can see here, it's had very, very strong growth. Over the last 2 years, we've guided 130 million MAUs. The reason why we've been able to scale so fast is we're able to use our browser. So in that 169 million number, 130 million people have access to the browser and about 40 million have access through a stand-alone app. And our focus here continues to be, how do we make that 169 million number grow. But more importantly, how do we increase engagement.

These numbers are a little dated. But you can see earlier in 2019, we were one of the most downloaded news apps. I think it was a little -- I think we're a little further down the list in Q3 and Q4. But we've driven really, really good growth in our app. You can see in 1.5 years, we've gone from 8 million MAUs to 41 million MAUs.

What's interesting is the markets where we're focused on tend to be underserved. So the first market we went into was Sub-Sahara Africa, and we are, by and large, the leader there. Since then, we've gained some users in places like India, Northern Africa, which is not shaded here. And I don't think we're going to put too much focus on the rest of the world because we want to focus on markets where we can really differentiate and show a difference.

Just a little highlighting the brand awareness of Opera News in a given market, I'm going to use Nigeria as an example. We are the most popular news out there by a wide margin. You can see our unaided brand

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

awareness is almost 50%, and it's one of the most well-known news apps and most-used news apps in Nigeria. This is a market of 200 million people. So it's a very interesting product in those markets, and there's not a lot of competition today.

I'll leave this slide in here. I don't want to go into details, but you can see how sophisticated our AI content is. And we're constantly evolving this. One of the innovations that we've made over the last 6 months is incorporating an editorial staff to do 2 things. The first thing is, is make sure that the AI is working as planned because sometimes computers will fur up content that isn't good in a given market, and we want to make sure that we assist the machines.

The second thing we're doing is using local content bloggers to improve the quality of our content and give it more of a hyper-local band. So an example, in Nigeria, we now have a lot of local bloggers in Lagos, the biggest city, and they're blogging about things that are more specific to that market, and we've seen that health engagement.

Now what the really exciting thing about Opera News is the monetization opportunity. So when I gave the past example of where we had been with the browser, it was very, very focused on search and affiliate revenue deals. When we do the Opera News app, there's really 2 opportunities for monetization. The first one is putting in native ads, as you can see here, where we're going to be able to take a lot more ad inventory than before. And today, our ad load on our site is very low. We are still working on improving CPMs in the given market, and our targeting gets better and better every day. A couple of months ago, we launched our own targeting platform, Opera Ads, and we've seen it increase CPMs.

The second reason why Opera News is so exciting to us is it provides a lot of inventory for us to launch new offerings. So for example, we'll get into our microlending in a second, but we use the Opera News in Kenya and India to help push our product and help drive cheaper user acquisition.

So let's get into our microlending. This business has been absolutely amazing this year. Just before I get into the details, let's talk about it. It's loans for the unbanked in many of these countries, where people don't have access to capital or where they have access to capital, it's from an unsavory source. So we do very small loans, on average of $50 per loan. The average duration is about 2 weeks, and we don't trade cash. We use mobile wallets.

And to give you an example of how it works, you download the microlending app. It's called OKash in Kenya, but it's got other names in other markets. You fill out an application. As part of that process, you give us access to your phone, and we look at your apps and your contacts. And our AI will credit score you. And if you're creditworthy, we will give you a loan utilizing a mobile money currency. So for example, in Kenya, it's called M-Pesa, which the local telecom is like PayPal. It's like a local currency. It's Paytm in India. And you have this money in your wallet. You can take money out of it via an agent. But it's a really effective way for people to get money to fund, generally, their businesses or everyday life.

So let's talk a little about the stats in the business. So in Q3, we outperformed our expectations. We did 5 million total loans. It averaged $50. We disbursed $250 million of loans. Of that, about 8% were nonperforming, which I think in these markets is a pretty good number. This all equated to about $40 million in revenue and a 20% contribution margin. So a very profitable business. It's interesting because credit risk in this business is very different than traditional lending. Because the loans are so short, we get data in every day. And if things are going well, we can loosen up data -- I mean loosen up lending restrictions to drive revenue faster. And if we're not seeing a high-enough quality, we can tighten our lending to make sure we're getting higher-quality loans. And so this is great.

This business continues to perform very, very well for us in Q4. We continue to outperform internal expectations. And what's really great is as we see more and more returning users, we see the credit default levels drop. And we've definitely seen that trend over the last couple of months.

So at a high level, let's talk about our growth strategy. So we talked about continuing to grow the browser. It's sort of steady Eddie, growing at low double digits every year. We'll continue to focus on how do we add users, how do we monetize better. We're going to continue to expand into new verticals. We talked about Opera News. We talked about how well microlending is going. We'll be into some new markets pretty soon

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.