# Exhibit H

Case 1:20-cv-00674-JGK Document 58-8 Filed 08/24/20 Page 2 of 5

# Opera: Phantom of the Turnaround – 70% Downside

Published on January 16, 2020

---

## GET OUR LATEST REPORTS DELIVERED TO YOUR INBOX

| email address | **SUBSCRIBE** |
| --- | --- |

### Summary (NASDAQ: OPRA)

- Opera went public in mid-2018 based largely on prospects for its core browser business. Now, its browser market share is declining rapidly, down ~30% since its IPO.
- Browser gross margins have collapsed by 22.6% in just one year. Opera has swung to negative $12 million in LTM operating cash flow, compared to positive cash flow of $32 million for the comparable 2018 period.
- Opera was purchased by a China-based investor group prior to its IPO. The group's largest investor and current Opera Chairman/CEO was recently involved in a Chinese lending business that listed in the U.S. and saw its shares plunge more than 80% in just 2 years amid allegations of fraud and illegal lending practices.
- Post IPO, Opera has now *also* made a similar and dramatic pivot into predatory short-term loans in Africa and India, deploying deceptive 'bait and switch' tactics to lure in borrowers and charging egregious interest rates ranging from ~365-876%.
- Most of Opera's lending business is operated through apps offered on Google's Play Store. In August, Google tightened rules to curtail predatory lending and, as a result, Opera's apps are now in black and white violation of numerous Google rules.
- Given that the vast majority of Opera's loans are disbursed through Android apps, **we think this entire line of business is at risk of disappearing or being severely curtailed** when Google notices.
- Instead of disclosing to investors that its "high-growth" microfinance segment could be imperiled by these new rules, Opera instead immediately raised $82 million in a secondary offering without disclosing Google's changes to investors.
- Opera's short-term loan business now accounts for over 42% of the company's revenue and is responsible for eye-popping top line "growth". Meanwhile, *the segment experienced massive defaults (~50% of lending revenue) and company-wide cash flow has worsened.*
- Post IPO, Opera promptly directed ~$40 million of cash into businesses owned by its Chairman, including $30 million into a karaoke app, and $9.5 million into an entity used to acquire a business

Opera: Phantom Of The Turnaround – 70% Downside | Hindenburg Research

that Opera had already operated and funded, via a questionable transaction.

- We think Opera collapses on its own worsening financials, with that timeline accelerating significantly if Google bans its lending apps or if its Chairman/CEO continues to draw cash out of the business through questionable related-party deals.

*Initial Disclosure: After extensive research, we have taken a short position in shares of Opera. All APR extrapolations/calculations were based on a 365 day year. This report represents our opinion, and we encourage every reader to do their own due diligence. Please see our full disclaimer at the bottom of the report.*

# Introduction

When a new management team takes over a declining business, it can become a race against the clock to cash out. This is what we think is going on at Opera, a company based around a once-popular web browser that is now seeing its userbase erode.

In the year and a half since its IPO, Opera's browser has been squeezed by Chrome and Safari, with market share down (https://gs.statcounter.com/) about 30% globally. Operating metrics have tightened, and the company's previously healthy positive operating cash flow has swung to negative $12 million in the last twelve months (LTM) and negative $24.5 million year to date.

With its browser business in decline, cash flow deteriorating (and balance sheet cash finding its way into management's hands…more on this later), Opera has decided to embark on a dramatic business pivot: predatory short-term lending in Africa and Asia.

The pivot is not new for Opera's Chairman/CEO, who was recently involved with another public lending company that saw its stock decline more than 80% in the two years since its IPO amidst allegations of illegal and predatory lending practices (https://www.slideshare.net/secret/1p9h1GAYwsDOyf).

Opera has scaled its "Fintech" segment from non-existent to 42% of its revenue in just over a year, providing a fresh narrative and "growth" numbers to distract from declining legacy metrics. But with defaults comprising ~50% of lending revenue (https://investor.opera.com/news-releases/news-release-details/opera-limited-announces-third-quarter-2019-financial-results), this new endeavor strikes us more as short-term window dressing than a long-term fix.

Furthermore, Opera's short-term loan business appears to be in open, flagrant violation of the Google Play Store's policies on short-term and misleading lending apps. Given that the vast majority of Opera's loans are disbursed through Android apps, **we think this entire line of business is at risk of disappearing or being severely curtailed** when Google notices and ultimately takes corrective action.

Meanwhile, Opera has exhibited a troubling pattern of raising large amounts of cash (almost $200 million over the past 1.5 years), and then directing portions of it to entities owned or influenced by its Chairman/CEO through a slew of questionable related-party transactions. For example:

Case 1:20-cv-00674-JGK  Document 58-8  Filed 08/24/20  Page 4 of 5

We have found clear evidence that all 4 of Opera's lending apps are in black and white violation of Google's rules on short-term lending and deceptive/misleading content. We will demonstrate this evidence in this report. We have also reached out to Google for comment on our findings.

We believe this is a significant risk to Opera investors. Without the support of Google, we have a hard time imagining this predatory lending business survives. We also have a hard time imagining Google takes no action when they realize the extent of the violations and the havoc these apps have created in the lives of some of the world's most vulnerable users in Africa and India. The social consequences of these mass-default products appear to be mounting, as we will detail.

## Google's Rules: Apps That Offer Short-Term Personal Loans of 60 Days or Less Are Not Allowed

## Opera: All of Our Apps Offer Loans Ranging From 7 Days to 30 Days Despite the Ban (And Despite Pretending to Be in Compliance)

Historically, Google had relatively vague policies against harmful financial products, stating (https://play.google.com/about/developer-content-policy-print/):

> *"We don't allow apps that expose users to deceptive or harmful financial products and services."*

In August 2019, Google updated its policies in response to a proliferation of predatory lending taking place on its app ecosystem. The updated policies were much more specific, prohibiting "short-term personal loans" (defined as loans less than 60 days). [Source 1 (https://www.androidpolice.com/2019/08/21/google-publishes-play-store-policies-for-personal-loan-apps/), Source 2 (https://debanked.com/2019/10/google-bans-loan-apps-from-app-store-if-personal-loan-offers-exceed-36-apr/), Source 3 (https://support.google.com/adspolicy/answer/2464998?hl=en)]

The updated policy reads (https://play.google.com/about/developer-content-policy-print/):

> *"**We do not allow apps that promote personal loans which require repayment in full in 60 days or less from the date the loan is issued** (we refer to these as "short-term personal loans"). This policy applies to apps which offer loans directly, lead generators, and those who connect consumers with third-party lenders."*

Opera's mobile loan business operates through four Android apps: (1) OKash and (2) OPesa in Kenya, (3) CashBean in India, and (4) OPay in Nigeria.

Case 1:20-cv-00674-JGK Document 58-8 Filed 08/24/20 Page 5 of 5

Beyond witnessing the 'microfinance' playbook in Qudian's collapse, we've also seen a litany of other US listed China based management teams engaging in extensive related party transactions. In many cases, insiders are able to enrich themselves while the result is far less favorable for shareholders.

Put simply: We feel like we've seen this opera before – and the final act ends poorly for shareholders.

# Disclosure & Legal Disclaimer

**Disclosure: We are short shares of Opera**

***Additional disclaimer:*** *Use of Hindenburg Research's research is at your own risk. In no event should Hindenburg Research or any affiliated party be liable for any direct or indirect trading losses caused by any information in this report. You further agree to do your own research and due diligence, consult your own financial, legal, and tax advisors before making any investment decision with respect to transacting in any securities covered herein. You should assume that as of the publication date of any short-biased report or letter, Hindenburg Research (possibly along with or through our members, partners, affiliates, employees, and/or consultants) along with our clients and/or investors has a short position in all stocks (and/or options of the stock) covered herein, and therefore stands to realize significant gains in the event that the price of any stock covered herein declines. Following publication of any report or letter, we intend to continue transacting in the securities covered herein, and we may be long, short, or neutral at any time hereafter regardless of our initial recommendation, conclusions, or opinions. This is not an offer to sell or a solicitation of an offer to buy any security, nor shall any security be offered or sold to any person, in any jurisdiction in which such offer would be unlawful under the securities laws of such jurisdiction. Hindenburg Research is not registered as an investment advisor in the United States or have similar registration in any other jurisdiction. To the best of our ability and belief, all information contained herein is accurate and reliable, and has been obtained from public sources we believe to be accurate and reliable, and who are not insiders or connected persons of the stock covered herein or who may otherwise owe any fiduciary duty or duty of confidentiality to the issuer. However, such information is presented "as is," without warranty of any kind – whether express or implied. Hindenburg Research makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use. All expressions of opinion are subject to change without notice, and Hindenburg Research does not undertake to update or supplement this report or any of the information contained herein.*

Posted in Uncategorized (https://hindenburgresearch.com/category/uncategorized/)  ·

# 288 thoughts on "Opera: Phantom of the Turnaround – 70% Downside"

 **Lucian Miers** says:

*January 16, 2020 at 11:46 am (https://hindenburgresearch.com/opera-phantom-of-the-turnaround/#comment-33559)*