# Exhibit I



## Opera Limited announces fourth quarter and full-year 2019 financial results

February 25, 2020

- Fourth quarter revenue of $129.6 million, growth accelerating to 158% year-over-year; exceeding the top end of Opera's guidance range
- Opera's total user base grew 5% year-over-year to 355 million monthly active users
- Fintech continued to grow; fourth quarter revenue of $71.9 million, up 80% versus the prior quarter
- New initiatives progressing -- OList conducted first real estate / rental transactions; Opera News Hub driving increased engagement
- Fourth quarter adjusted EBITDA of $20.2 million, representing margin expansion versus the prior quarter and above guidance range
- Fourth quarter net income of $22.0 million
- Introducing 2020 revenue guidance range of $530 to $560 million, representing 63% growth at the midpoint versus 2019; and 2020 adjusted EBITDA of $70 to $80 million

OSLO, Norway, Feb. 25, 2020 (GLOBE NEWSWIRE) -- Opera Limited (NASDAQ: OPRA), one of the world's major browser developers and a leading internet consumer brand, today announced its unaudited consolidated financial results for the quarter and full year ended December 31, 2019.

### Fourth quarter 2019 financial highlights

| [US$ thousands, except for margins and per ADS amounts] | Three Months Ended December 31, | | Year-over-year % change | Twelve Months Ended December 31, | | Year-over-year % change |
|---|---|---|---|---|---|---|
| | 2018 | 2019 | | 2018 | 2019 | |
| Revenue | 50,207 | 129,609 | 158.1 % | 172,276 | 334,855 | 94.4 % |
| Net income (loss) | 11,412 | 21,973 | 92.6 % | 35,160 | 57,899 | 64.7 % |
| Margin | 22.7 % | 17.0 % | | 20.4 % | 17.3 % | |
| Adjusted EBITDA (1) | 17,511 | 20,218 | 15.5 % | 65,794 | 45,523 | -30.8 % |
| Margin | 34.9 % | 15.6 % | | 38.2 % | 13.6 % | |
| Adjusted net income (1) | 12,983 | 24,446 | 88.3 % | 46,136 | 67,635 | 46.6 % |
| Margin | 25.9 % | 18.9 % | | 26.8 % | 20.2 % | |
| Diluted net income per ADS, US$ | 0.10 | 0.18 | 80.0 % | 0.34 | 0.51 | 50.0 % |
| Diluted adjusted net income per ADS, US$ (1) | 0.12 | 0.20 | 75.9 % | 0.44 | 0.59 | 33.6 % |

(1) Please see the separate section "About non-IFRS financial measures" for the definitions of adjusted EBITDA and adjusted net income.

Frode Jacobsen, Opera's CFO, said, "We are pleased with our fourth quarter results, which delivered accelerated revenue growth of 158% year-over-year and concluded a very strong year. One year ago, we guided 2019 revenue of $220-230 million, but also shared our excitement about the multiple growth initiatives we were starting to accelerate beyond this. Today we announce full-year results that include over $100 million of revenue above the top of our initial range, and an acceleration of our full-year growth trajectory from 34% in 2018 to 94% in 2019.

"Further, we continue to deliver strong adjusted EBITDA and net income margins, while investing aggressively in existing and future growth initiatives. We are indeed proud of our financial results in 2019, and more importantly, we demonstrated our ability to leverage our brand, user base and technology to rapidly launch and scale new businesses on top of our browser heritage."

### Commentary from Chairman and CEO

"2019 was a very strong year for our company, and a year that reinforced my confidence that Opera is both an attractive existing business, and a strong platform from which to launch innovative digital services into our core markets," said Yahui Zhou, Opera Chairman and CEO.

"We have scaled Opera News to a leading position in our key regions and continue to improve this service to make it increasingly engaging. OList, our new classifieds service, has scaled very well and we believe this will be a gateway to transforming many of the underlying verticals, including the rental market in Nigeria. We want to help accelerate the transition from limited information and inefficient value chains to transparent and efficient marketplaces, starting with real estate. Finally, OKash has proven to be an attractive digital financing offering, with strong user ratings and significant number of returning users. This business is demonstrating unparalleled growth rates and we are beginning to expand to payments and marketplace offerings.

"As you may know, there has been published speculation around our business by a short seller. The most effective rebuttal is continued execution and growth, which is what we again achieved this past quarter, and to continue building on our strong base and momentum, which also underpins our 2020

guidance.

"In addition to being Opera's Chairman and CEO, I am also the company's largest investor. I appreciate the enthusiasm and support from our investors that have invested along with me. I believe that the true value of Opera's strong brand and user base are somewhat obscured from view to the investor community - in part because of Opera's geographic focus. Opera is a major consumer internet company in emerging markets, and in particular on the African continent, and in addition has a very engaged European user base. In many markets Opera is a household name, and that is an asset that we will continue investing in, and building upon. We believe that as we continue to execute, Opera, and the potential that exists in our markets, will gain more investor awareness, whether in the US, Europe, China or elsewhere.

"I am proud of our truly global team at Opera, and I am very excited as I look into 2020. Our company is on track to deliver another year of significant revenue growth and expanding profitability in the year ahead as we continue our strategy to build and grow our ecosystem."

**Fourth quarter 2019 user base and product highlights**
(All comparisons are relative to the fourth quarter of 2018 unless otherwise stated)

- Opera News average Monthly Active Users ("MAUs") grew 21% to 163 million
- Opera News app increased to 39 million average MAUs, up 97% year-over-year
- Total smartphone average MAUs grew 9% to 227 million
- PC average MAUs grew 11% to 68 million

Song Lin, Opera's COO, said, "The progress we made throughout 2019, with continued product innovation, aggressive investments in new initiatives, and our monetization efforts, has positioned us on a very strong trajectory entering 2020.

"Starting with our browser, we continued to grow revenues nicely in the fourth quarter. This was driven by 11% user growth in PC browsers where our new gaming browser, Opera GX, has been well received by the market. Geographically, we also see growth in our key European markets. On the mobile side, we have been increasing our emphasis on Africa which includes building on our value propositions around data management. We recently launched data plans in Nigeria, where we partnered with leading telcos to provide targeted data plans to consumers that are economically attractive for both Opera and our partner operators. Early results have been promising and we will be scaling these efforts and working with more telcos across Africa in the next several quarters.

"Opera News monthly active users grew 21% year-over-year and our app almost doubled users over the same period. On engagement, we are making significant progress with average daily time spent and average daily article clicks, increasing by 24% and 20%, respectively, from January 2019 to January 2020. We believe Opera News Hub has been a big driver of this success, and we plan to expand beyond Nigeria into four additional countries. Additionally, monetization of our news app increased 21% versus the third quarter, and we have significant upside with additional formats and increased ad load.

"OList, our classifieds offering, was successfully launched in 2019 and has scaled nicely. We believe there is a large opportunity to provide deeper experiences in several verticals, including real estate, and to participate in those transactions. We believe this represents a large growth opportunity and importantly will provide meaningful benefits to our users in their everyday lives. Further, while our efforts are still early, we've recently completed our first real estate/rental transactions, which was a great initial step.

"European fintech also represents a significant opportunity -- one where we will be able to provide our European user base of more than 50 million users with new products around payment and open banking. Our first step was the acquisition of fintech startup Pocosys last month, which provided us with a strong team and good technology. We will be testing our initial products in one market later this year, and then rolling out more products and to more geographies over the long term.

"Finally, fintech continues to perform very well in South Asia and Africa. In the fourth quarter, our business grew 80% versus the prior quarter to $71.9 million. This was driven by strong loan growth and increasing value per loan. Additionally, we saw a decreasing number of non-performing loans. Importantly, our products continue to be well-received by consumers as evidenced by good ratings in the Google Play app store and the large number of returning users. We are seeing strong growth thus far in 2020, and plan to launch in additional markets. Our efforts have enabled us to drive significant engagement with consumers and we're excited to be expanding our offerings to provide payment and marketplace products to millions of active users who logged into our online wallet/app during the fourth quarter of 2019. We expect these efforts will increase user engagement and create revenue-generating opportunities."

**Business outlook**

Mr. Frode Jacobsen, Opera's CFO, said, "We anticipate that 2020 will be another year of strong growth for Opera with both revenues and adjusted EBITDA expected to show meaningful growth over 2019. At the same, we will continue to invest heavily to position our company for long-term growth and continued profitability expansion. This includes significant incremental investments in new initiatives such as OList and European Fintech, where our investments are included in our bottom line outlook while we've taken a conservative approach to 2020 revenue contributions. We believe our current trajectory along with our new initiatives have the potential to materially grow our revenues and profits well beyond 2020 levels."

As a result, Opera expects first quarter and full year 2020 revenue and adjusted EBITDA to be in the following ranges:

**First Quarter:**

- Revenue of $123 - $133 million, or 147% - 167% growth versus the first quarter of 2019, primarily driven by fintech and advertising revenue.
- Adjusted EBITDA of $11 - $14 million.

**Full Year:**

- Revenue of $530 - $560 million, or 58% - 67% growth year-over-year. This will include continued fintech, search and advertising growth, but a decline of approximately $20 million from retail and technology revenues. It will also include

| Business area | Browser and News | Fintech | Retail | Other | Total |
|---|---|---|---|---|---|
| **Revenue categories** | | | | | |
| Search | 22,641 | - | - | - | **22,641** |
| Advertising | 20,164 | - | - | - | **20,164** |
| Origination fees and interest | - | 71,907 | - | - | **71,907** |
| Airtime and handsets | - | - | 9,331 | - | **9,331** |
| Technology licensing and other revenue | - | - | - | 5,567 | **5,567** |
| **Total revenue** | **42,805** | **71,907** | **9,331** | **5,567** | 129,609 |
| | | | | | |
| Cost of revenue | (1,030 ) | (18,889 ) | (9,412 ) | (3,319 ) | **(32,650 )** |
| Marketing and distribution expenses | (13,148 ) | (4,392 ) | - | - | **(17,540 )** |
| Credit loss expense | (249 ) | (27,356 ) | - | - | **(27,605 )** |
| **Direct expenses** | **(14,428 )** | **(50,637 )** | **(9,412 )** | **(3,319 )** | **(77,796 )** |
| | | | | | |
| **Contribution by business area** | **28,377** | **21,270** | **(81 )** | **2,248** | **51,814** |

[US$ thousands]

| Business area | Twelve months ended December 31, 2018 | | | | |
|---|---|---|---|---|---|
| | Browser and News | Fintech | Retail | Other | Total |
| **Revenue categories** | | | | | |
| Search | 80,204 | - | - | - | **80,204** |
| Advertising | 58,240 | - | - | - | **58,240** |
| Origination fees and interest | - | 1,655 | - | - | **1,655** |
| Airtime and handsets | - | - | 9,287 | - | **9,287** |
| Technology licensing and other revenue | - | - | - | 22,890 | **22,890** |
| **Total revenue** | **138,444** | **1,655** | **9,287** | **22,890** | 172,276 |
| | | | | | |
| Cost of revenue | (3,637 ) | (428 ) | (9,096 ) | (6,848 ) | **(20,009 )** |
| Marketing and distribution expenses | (31,336 ) | (45 ) | - | - | **(31,381 )** |
| Credit loss expense | 678 | (528 ) | - | - | **150** |
| **Direct expenses** | **(34,295 )** | **(1,001 )** | **(9,096 )** | **(6,848 )** | **(51,240 )** |
| | | | | | |
| **Contribution by business area** | **104,149** | **654** | **191** | **16,042** | **121,036** |

[US$ thousands]

| Business area | Twelve months ended December 31, 2019 | | | | |
|---|---|---|---|---|---|
| | Browser and News | Fintech | Retail | Other | Total |
| **Revenue categories** | | | | | |
| Search | 86,155 | - | - | - | **86,155** |
| Advertising | 68,813 | - | - | - | **68,813** |
| Origination fees and interest | - | 128,373 | - | - | **128,373** |
| Airtime and handsets | - | - | 29,802 | - | **29,802** |
| Technology licensing and other revenue | - | - | - | 21,712 | **21,712** |
| **Total revenue** | **154,968** | **128,373** | **29,802** | **21,712** | 334,855 |
| | | | | | |
| Cost of revenue | (2,642 ) | (29,759 ) | (29,836 ) | (11,754 ) | **(73,991 )** |
| Marketing and distribution expenses | (64,685 ) | (8,464 ) | - | - | **(73,149 )** |
| Credit loss expense | (448 ) | (54,431 ) | - | - | **(54,879 )** |
| **Direct expenses** | **(67,776 )** | **(92,654 )** | **(29,836 )** | **(11,754 )** | **(202,020 )** |
| | | | | | |
| **Contribution by business area** | **87,192** | **35,719** | **(34 )** | **9,958** | **132,835** |