# Exhibit J

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 20-F**

**(Mark One)**

☐    **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2019.**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**OR**

☐    **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of event requiring this shell company report**

**Commission file number: 001-38588**

**Opera Limited**
**(Exact name of Registrant as specified in its charter)**

**N/A**
**(Translation of Registrant's name into English)**

**Cayman Islands**
**(Jurisdiction of incorporation or organization)**

**Vitaminveien 4, 0485 Oslo, Norway**
**(Address of principal executive offices)**

**Mr. Yahui Zhou, Chief Executive Officer**
**c/o Aaron McParlan, General Counsel**
**Vitaminveien 4, 0485 Oslo, Norway**

**Tel: +47 2369-2400**

**E-mail: legal@opera.com**

**(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)**

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| American Depositary Shares, each representing two ordinary shares, par value US$0.0001 per share | OPRA | The Nasdaq Stock Market LLC |

**Securities registered or to be registered pursuant to Section 12(g) of the Act:**
**None**
**(Title of Class)**

1

**Description of Certain Statement of Operations Items**

*Revenue*

Our revenues are derived from four business lines, namely (i) Browser and News, (ii) Fintech, (iii) Retail and (iv) Other. The table below sets forth the revenue, both in absolute amount and as a percentage of total revenue for each business line for the periods indicated.

| | For the year ended December 31, | | | |
|---|---|---|---|---|
| | **2018** | **%** | **2019** | **%** |
| | (US$ in thousands, except for percentages) | | | |
| **Revenue:** | | | | |
| Browser and News | 138,444 | 80.4 | 154,968 | 46.3 |
| Fintech | 1,655 | 1.0 | 128,373 | 38.3 |
| Retail | 9,287 | 5.4 | 29,802 | 8.9 |
| Other | 22,890 | 13.3 | 21,712 | 6.5 |
| **Total revenue** | **172,276** | **100.0** | **334,855** | **100.0** |

Browser and News revenue primarily consists of our search and advertising revenue.

Search revenue accounted for 46.6% and 25.7% of our total revenue in 2018 and 2019, respectively. Through revenue sharing arrangements with our search partners including Google and Yandex, we generate search revenue when our users conduct searches initiated within the URL bar, default search page or search boxes embedded in our PC and mobile browsers, or otherwise redirected to our search partners via our browser functionality.

Advertising revenue accounted for 33.8% and 20.6% of our total revenue in 2018 and 2019, respectively. We generate advertising revenue by referring traffic from our platform to e-commerce partners, online travel agencies and other partners, and by selling advertisements. The fee arrangements generally include revenue sharing, cost per click or subscription revenues collected by third parties on our behalf.

Fintech revenue is primarily generated from origination fees and interest fees of our microlending business, accounting for 1.0% and 38.3% of our total revenue in 2018 and 2019, respectively. We started to generate origination fees and interest in late 2018 when we initiated our microlending business in Africa. We provide instant app-based microloans to our clients with a relatively short duration, up to 365 days, in exchange for a fixed origination fee regardless of any early repayment. The average duration for microloans provided in 2019 was 15 days. Additional fees in the form of interest, limited to the sum of the principal and origination fee, accrues only if and after a loan extended to our clients is not repaid by its due date.

Retail revenue accounted for 5.4% and 8.9% of total revenue in 2018 and 2019, respectively. We started to generate retail revenue from the second half of 2018, when we began scaling sales, both retail and wholesale, of prepaid data, airtime, and mobile handsets.

Technology licensing and other revenue accounted for 13.3% and 6.5% of our total revenue in 2018 and 2019, respectively. We generate licensing and other revenue mainly from providing professional services, licensing of our proprietary compression technology and providing related maintenance, supporting and hosting services to third parties, as well as enabling customized browser configurations to mobile operators.

Geographically, our revenue in 2018 and 2019 was generated primarily from customers and monetization partners domiciled in India, Ireland, Kenya and Russia, with no other country exceeding 10% of our total revenue. The table below sets forth the revenue by customers and monetization partners' domiciled country, both in absolute amount and as a percentage of total revenue for the periods indicated. The breakdown of revenue by country reflects the country of domicile for our direct source of revenues from our monetization partners, which is not necessarily an indication of where user activities occur because the end users are located globally.

| | For the year ended December 31, | | | |
|---|---|---|---|---|
| | **2018** | **%** | **2019** | **%** |
| | (US$ in thousands, except for percentages) | | | |
| India | 1,549 | 0.9 | 98,504 | 29.4 |
| Ireland | 76,791 | 44.6 | 81,637 | 24.4 |
| Kenya | 3,426 | 2.0 | 35,086 | 10.5 |
| Russia | 17,356 | 10.1 | 17,265 | 5.2 |
| Other | 73,154 | 42.5 | 102,363 | 30.6 |
| **Total revenue** | **172,276** | **100.0** | **334,855** | **100.0** |

*Hong Kong*

Our subsidiaries incorporated in Hong Kong, are subject to 16.5% Hong Kong profit tax on their taxable income generated from operations in Hong Kong. Under Hong Kong tax laws, we are exempted from the Hong Kong income tax on our foreign-derived income. In addition, payments of dividends from our Hong Kong subsidiaries to us are not subject to any Hong Kong withholding tax.

**Results of Operations**

The following table sets forth a summary of our consolidated statements of operations for the periods indicated, in absolute amounts and as percentages of total revenue during the period. This information should be read together with our consolidated financial statements and related notes included elsewhere in this annual report. The operating results in any period are not necessarily indicative of the results that may be expected for any future period.

| | For the year ended December 31, | | | |
| --- | --- | --- | --- | --- |
| | **2018** | **%** | **2019(1)** | **%** |
| | (US$ in thousands, except for percentages) | | | |
| Revenue | 172,276 | 100.0 | 334,855 | 100.0 |
| **Operating expenses:** | | | | |
| Cost of revenue | (20,009) | (11.6) | (73,991) | (22.1) |
| Personnel expenses including share-based remuneration | (34,683) | (20.1) | (61,029) | (18.2) |
| Marketing and distribution expense | (31,381) | (18.3) | (73,150) | (21.9) |
| Credit loss expense | 678 | 0.4 | (577) | (0.2) |
| Other changes in fair value of loans to customers | (528) | (0.3) | (54,302) | (16.2) |
| Depreciation and amortization | (12,694) | (7.4) | (18,933) | (5.7) |
| Other expenses | (28,359) | (16.5) | (32,210) | (9.6) |
| Restructuring costs | - | - | - | - |
| Total operating expenses | (126,975) | (73.7) | 314,192 | (93.8) |
| **Operating profit** | **45,301** | **26.3** | **20,662** | **6.2** |
| Share of net income (loss) of associates and joint ventures | (3,248) | (1.9) | (3,818) | (1.1) |
| Change in fair value of preferred shares in associates | - | - | 37,900 | 11.3 |
| **Net finance income (expense):** | | | | |
| Finance income | 1,637 | 1.0 | 10,530 | 3.1 |
| Finance expense | (1,695) | (1.0) | (1,505) | (0.4) |
| Net foreign exchange gain (loss) | (354) | (0.2) | (269) | (0.1) |
| Net finance income (expense) | (412) | (0.2) | 8,756 | 2.6 |
| **Net income before income taxes** | **41,641** | **24.2** | **63,500** | **19** |
| Income tax expense | (6,481) | (3.8) | (5,602) | (1.7) |
| **Net income** | **35,160** | **20.4** | **57,899** | **17.3** |

(1)    Effective January 1, 2019, we adopted IFRS 16. The impact of adopting this standard is described in Note 3 to our consolidated financial statements included elsewhere in this annual report.

**Year Ended December 31, 2019 Compared to Year Ended December 31, 2018**

*Revenue*

We had revenue of US$334.8 million in 2019, compared to US$172.3 million in 2018, marking an increase of 94.4%. This increase was driven primarily by (i) the increase in revenue from origination fees and interest in mircrolending business, (ii) search and advertising revenue, due to continuing growth of our existing PC and mobile smartphone user bases and improved monetization of our new and existing partners, and (iii) retail revenue that we started to generate in the second half of 2018 and which scaled during 2019.

- *Search Revenue.* Our search revenue increased to US$86.2 million in 2019 from US$80.2 million in 2018, representing an increase of 7.5%. The increase was primarily due to the growth of our smartphone and PC user base.

D.    Employees

We had 464 and 819 full-time employees as of December 31, 2018 and 2019, respectively. As of December 31, 2019, 67% of our full-time employees served research and development roles. The following table sets forth the number of employees in each functional area as of the date indicated.

| Area | As of December 31, 2019 | | |
| --- | --- | --- | --- |
| | R&D | Other | Total |
| Browser | 309 | 29 | 338 |
| Fintech | 129 | 5 | 134 |
| AdTech | 52 | 9 | 61 |
| OList and verticals | 38 | - | 38 |
| Retail | 13 | 17 | 30 |
| Sales & Commercial | - | 26 | 26 |
| Hosting & Infrastructure | 11 | 5 | 16 |
| Corporate | - | 62 | 62 |
| Investee Services | - | 114 | 114 |
| **Total** | **552** | **267** | **819** |

(1)    Refers to employees that are engaged in providing professional services, predominantly for our associate Opay Digital Services Limited (HK). See "Item 7. Major Shareholders and Related Party Transactions—B. Related Party Transactions."

We believe we offer our employees competitive compensation packages and a discrimination-free, collegial and creative working environment. As a result, we have generally been able to attract and retain qualified employees and have had limited attrition at senior leadership levels.

We generally enter into standard confidentiality and employment agreements with our management and other employees. These contracts include a non-solicitation covenant, as well as a standard non-compete covenant that prohibits the employee from competing with us, directly or indirectly, during his or her employment and for one year after the termination of his or her employment.

E.    Share Ownership

The following table sets forth information concerning the beneficial ownership of our ordinary shares as of the date of this annual report for:

●    each of our directors and executive officers; and

●    each person known to us to beneficially own more than 5% of our ordinary shares.

The calculations in the table below are based on 238,521,354 ordinary shares issued and outstanding as of the date of this annual report.

Beneficial ownership is determined in accordance with the rules and regulations of the SEC. In computing the number of shares beneficially owned by a person and the percentage ownership of that person, we have included shares that the person has the right to acquire within 60 days of the date of this annual report, including through the exercise of any option, warrant, or other right or the conversion of any other security. These shares, however, are not included in the computation of the percentage ownership of any other person.

| Directors and Executive Officers: (1) | Ordinary Shares Beneficially Owned | Percentage of Total Voting Power held (%†) |
| --- | --- | --- |
| Yahui Zhou (2) | 143,500,000 | 60.2% |
| Hongyi Zhou (3) | 46,750,000 | 19.6% |
| Tian Jin | * | * |
| Lori Wheeler Næss | * | * |
| Trond Riiber Knudsen | * | * |
| James Liu | * | * |
| Frode Jacobsen | * | * |
| Lin Song | * | * |
| **All directors and executive officers as a group** | | |
| | | |
| **Principal Shareholders:** | | |
| Kunlun Tech Limited (4) | 104,500,000 | 43.8% |
| Keeneyes Future Holding Inc. (5) | 39,000,000 | 16.4% |
| Qifei International Development Co., Ltd (6) | 46,750,000 | 19.6% |

66

**NOTE 27.        INVESTMENTS IN ASSOCIATES AND JOINT VENTURES**

The Group has investments in associates and joint ventures, which are accounted for in accordance with the equity method, except for the preferred shares in OPay and Starmaker, as outlined below.

*OPay Limited*

OPay is an associate in which the Group had a 13.10% ownership interest, of which 10.24% is held in preferred shares and 2.86% in ordinary shares as of December 31, 2019. The investment in ordinary shares is accounted for in accordance with the equity method, while the preferred shares are accounted for as long-term interests in the associate and measured at fair value through profit or loss. For information about the measurement of the preferred shares, see Note 16.

In 2018, OPay launched a mobile wallet to customers in Nigeria, a market characterized by a large un-banked population with low mobile money penetration. In 2019, OPay launched multiple new initiatives in Nigeria, most notably the ridesharing service ORide and the food-delivery service OFood. ORide achieved in excess of 150,000 daily orders already from its first three months of operations, and more than 27,000 riders contributed to the platform model. Other new initiatives launched in 2019 include lending through OCredit and point of sale solutions for merchants through OPos. OPay's goal is to become a one-stop mobile-based platform for financial and social inclusion.

In 2018, OPay also launched a microlending business in Kenya with Opera as its partner, branded OKash. On December 19, 2018, the Group paid US$9.5 million to OPay to acquire 100% of the shares in TenSpot Pesa Limited ("TenSpot"), the then owner of the OKash business. TenSpot had previously been established as an entity held directly by Mr. Yahui Zhou with the sole purpose of obtaining microlending licenses in select markets for OPay, while OPay had the option to acquire all the shares in TenSpot for US$1 (one dollar). By December 2018, TenSpot had subsidiaries, or had entered into agreements to acquire subsidiaries, with either licenses or pending license applications in several countries including India and Nigeria. Prior to OPay's sale of the microlending business to Opera, OPay exercised its option to acquire TenSpot for $1, and assigned all intellectual property rights in OKash to TenSpot.

OPay recognized revenue of US$16.7 million in 2019, versus US$0.8 million in 2018. Establishing OPay as the leading provider of both mobile wallet and other services in Nigeria was given priority over near-term conversion of transaction value to revenue. Net loss for OPay during 2019 was US$71.5 million. Cost of revenue was US$41.1 million, of which US$36.0 million related to the launch and scaling of ORide to become the dominant ride-hailing service in Lagos, including incentives to attract drivers in this initial period of operations. Operating expenses were US$47.6 million, driven by, and supporting, the substantial growth that OPay saw across its business lines. These 2019 operating expenses included expenses incurred to expand the user base and business operations of OPay, such as marketing expenses of US$6.6 million, compensation to personnel of US$15.5 million and depreciation and amortization of US$5.9 million.

To fund its growth, OPay raised a total of US$170 million in new capital from investors in 2019 by issuing both ordinary and preferred shares. On June 14, 2019, the Group acquired 3,210,617 Series Seed+ preferred shares in OPay for US$7.5 million by converting loans to equity. On the same date, the Group also acquired 1,230,736 Series A preferred shares in OPay for US$4.6 million by converting US$2.67 million of debt to equity and by transferring US$1.93 million in cash. By the end of 2019, the accumulated investment made in OPay was US$12.1 million. Of the loans converted to equity in 2019, US$5.0 million was classified as part of the net investment in prior periods. In 2019, the Group recognized an unrealized gain on the preferred shares of US$33.9 million. See Note 16 for more details.

**Summary information regarding OPay:**

| [US$ thousands] | 2017[1] | 2018 | 2019 |
|---|---|---|---|
| | Year ended December 31, | | |
| **The Group's interest** | **19.9%** | **19.9%** | **13.1%[2]** |
| Revenue | - | 848 | 16,687 |
| Other income | - | 9,500 | 339 |
| | | | |
| Cost of revenue | - | (255) | (41,117) |
| Personnel expenses including share-based remuneration | (2,331) | (5,738) | (15,490) |
| Marketing and distribution expenses | - | (162) | (6,623) |
| Depreciation and amortization | - | (260) | (5,858) |
| Other expenses | (500) | (4,293) | (19,616) |
| **Operating profit (loss)** | **(2,831)** | **(359)** | **(71,678)** |
| Finance income | - | 1 | 736 |
| Finance expense | - | (25) | (417) |
| Income tax (expense) benefit | - | - | (114) |
| **Net income (loss)** | **(2,831)** | **(384)** | **(71,474)** |
| Other comprehensive income that may be reclassified to net income | - | - | - |
| **Total comprehensive income** | **(2,831)** | **(384)** | **(71,474)** |
| **Group's share of net income (loss)** | **(563)** | **(76)** | **(2,938)** |
| Gain on partial disposal [3] | - | - | 1,174 |
| **Total share of net income (loss)** | **(563)** | **(76)** | **(1,764)** |
| | | | |
| Current assets | 5,600 | 4,302 | 99,238 |
| Non-current assets | 55 | 4,918 | 24,656 |
| Current liabilities | 8,431 | 12,043 | 28,870 |
| Non-current liabilities [4] | - | 453 | 170,015 |
| Equity | (2,776) | (3,276) | (74,992) |

[1] Period from November 1 to December 31, 2017.

[2] Reflects the total ownership interest in OPay as of December 31, 2019, 10.24% of which is held in preferred shares and 2.86% in ordinary shares. The ownership interest reduced during 2019. The share of net income (loss) recognized under the equity method was calculated based on the investment in ordinary shares, relative to the total number of shares outstanding. The Group owns 8.85% of the total number of ordinary shares issued by OPay.

[3] In 2019, the Group sold some of its ordinary shares in OPay for the purpose of an employee equity program in the company. The gain on partial disposal is included in Share of net income (loss) of associates and joint ventures in the Statement of Operations. See Note 28 for more information.

[4] Preferred shares issued by OPay are classified as financial liabilities in the financial statements of the company.

*StarMaker Inc.*

StarMaker is an associate in which the Group had preferred shares representing a 19.35% ownership interest as of December 31, 2019. The preferred shares, accounted for as long-term interests and measured at fair value through profit or loss, have dividend and liquidation preference. In 2019, the Group recognized an unrealized gain on the preferred shares of US$4.0 million. The Group has an option to increase its ownership to 51% in the second half of the year 2020. The option, if exercised, will entail the Group acquiring the shares at either fair value, or at a proxy of fair value. Accordingly, the fair value of the option is immaterial as at December 31, 2019. For information about the measurement of the preferred shares, see Note 16.

StarMaker is a technology-driven social media company focused on music and entertainment. StarMaker enables users to record and share their own music videos, collaborate with other musicians, connect with other users and follow their idols on the social platform.

*nHorizon*

nHorizon is a joint venture in which the Group has a 29.09% ownership interest. nHorizon operates an Opera browser in China with monetization partners, including Baidu, Sogou and others. nHorizon consists of nHorizon Innovation (Beijing) Software Limited and nHorizon Infinite (Beijing) Software Limited (collectively, "nHorizon"). The joint venture was co-founded by Otello Corporation ASA and Telling Telecom in August 2011. The Group acquired the investment in nHorizon as a result of the acquisition of Opera Norway AS in 2016.

Case 1:20-cv-00674-JGK    Document 58-10    Filed 08/24/20    Page 7 of 7