# Exhibit K



**StatCounter Global Stats**
Browser Market Share Worldwide on 27 July 2018



**StatCounter Global Stats**
Browser Market Share Worldwide on 17 Apr 2019



**StatCounter Global Stats**
Browser Market Share Worldwide on 16 Sept 2019



**StatCounter Global Stats**
Browser Market Share Worldwide on 9 Dec 2019



**StatCounter Global Stats**
Browser Market Share Worldwide on 15 Jan 2020