# Exhibit L



**StatCounter Global Stats**
Mobile Browser Market Share Nigeria on Q4 2019