# Exhibit M



**StatCounter Global Stats**
Mobile Browser Market Share Nigeria on Aug 2019



**StatCounter Global Stats**
Mobile Browser Market Share Nigeria on Sept 2019



**StatCounter Global Stats**
Mobile Browser Market Share Nigeria on Oct 2019