# Exhibit N



**StatCounter Global Stats**
Desktop & Mobile Browser Market Share Nigeria on Dec 2019



**StatCounter Global Stats**
Desktop & Mobile Browser Market Share Nigeria on Jan 2020