# Exhibit O



## Opera Limited (OPRA)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

### 7.70   -0.16 (-2.04%)
At close: August 21 4:00PM EDT

[ ★ Add to watchlist ]    [ 👥 Visitors trend   2W ↑   10W ↑   9M ↑ ]

Quote Lookup 🔍

Summary   Company Outlook 🔒   Chart   Conversations   Statistics   **Historical Data**   Profile   Financials   Analysis   Options   Holders   Sustainability

**Communications & Technology Fund**
**Invest in industries that keep you connected.**
Put over 80 years of expertise on your side.
Explore PRMTX   T. Rowe Price

Time Period: May 26, 2019 - May 31, 2019 ⌄    Show: Historical Prices ⌄    Frequency: Daily ⌄

**Apply**

Currency in USD        ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| May 31, 2019 | 12.06 | 12.10 | 10.81 | 11.47 | 11.47 | 549,800 |
| May 30, 2019 | 11.81 | 12.44 | 11.79 | 12.18 | 12.18 | 816,000 |
| May 29, 2019 | 12.00 | 12.00 | 11.55 | 11.73 | 11.73 | 322,600 |
| May 28, 2019 | 10.91 | 12.19 | 10.91 | 12.00 | 12.00 | 435,400 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

yahoo/finance PREMIUM
Be a bull among bears
Try it free*

### People Also Watch

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| **VIOT** <br> Viomi Technology Co., Ltd | 6.32 | +0.15 | +2.43% |
| **AXNX** <br> Axonics Modulation Technologies | 44.25 | -0.09 | -0.20% |
| **JG** <br> Aurora Mobile Limited | 1.7000 | +0.0300 | +1.80% |
| **PS** <br> Pluralsight, Inc. | 20.76 | +0.18 | +0.87% |
| **TENB** <br> Tenable Holdings, Inc. | 34.56 | -0.54 | -1.55% |

23,960    [ Shop now ]

[ Advertise With Us ]

Finance Home   2020 Election   Watchlists   My Portfolio   Screeners   Premium 🔒   Markets   News   ⋯   🔒 Premium - Try it free

Case 1:20-cv-00674-JGK   Document 58-15   Filed 08/24/20   Page 3 of 3



# Opera Limited (OPRA)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

☆ Add to watchlist

👥 Visitors trend 2W ↑ 10W ↑ 9M ↑

Quote Lookup 🔍

## 7.70   -0.16 (-2.04%)
At close: August 21 4:00PM EDT

Summary   Company Outlook 🔒   Chart   Conversations   Statistics   **Historical Data**   Profile   Financials   Analysis   Options   Holders   Sustainability

Time Period: Aug 21, 2019 - Sep 17, 2019 ⌄    Show: Historical Prices ⌄    Frequency: Daily ⌄

**Apply**

Currency in USD        ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| Sep 17, 2019 | 11.67 | 12.95 | 11.06 | 12.84 | 12.84 | 421,400 |
| Sep 16, 2019 | 13.12 | 13.35 | 12.69 | 12.96 | 12.96 | 134,400 |
| Sep 13, 2019 | 13.49 | 13.49 | 12.91 | 13.19 | 13.19 | 85,800 |
| Sep 12, 2019 | 13.39 | 13.62 | 13.28 | 13.41 | 13.41 | 46,500 |
| Sep 11, 2019 | 13.75 | 13.75 | 13.06 | 13.50 | 13.50 | 103,300 |
| Sep 10, 2019 | 12.80 | 13.76 | 12.80 | 13.53 | 13.53 | 65,400 |
| Sep 09, 2019 | 13.73 | 13.82 | 12.77 | 12.96 | 12.96 | 212,500 |
| Sep 06, 2019 | 14.77 | 14.94 | 13.64 | 13.77 | 13.77 | 169,700 |
| Sep 05, 2019 | 14.33 | 14.73 | 14.10 | 14.62 | 14.62 | 195,500 |
| Sep 04, 2019 | 13.62 | 14.30 | 13.61 | 14.17 | 14.17 | 103,600 |
| Sep 03, 2019 | 13.38 | 13.66 | 13.23 | 13.56 | 13.56 | 96,900 |
| Aug 30, 2019 | 13.78 | 13.78 | 13.26 | 13.61 | 13.61 | 87,400 |
| Aug 29, 2019 | 13.24 | 13.79 | 13.24 | 13.50 | 13.50 | 164,800 |
| Aug 28, 2019 | 12.50 | 13.27 | 12.50 | 13.15 | 13.15 | 95,700 |
| Aug 27, 2019 | 13.02 | 13.23 | 12.42 | 12.70 | 12.70 | 217,700 |
| Aug 26, 2019 | 13.00 | 13.41 | 12.43 | 13.09 | 13.09 | 246,300 |
| Aug 23, 2019 | 12.96 | 13.30 | 12.32 | 12.89 | 12.89 | 351,500 |
| Aug 22, 2019 | 12.81 | 14.20 | 11.66 | 12.70 | 12.70 | 927,600 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

2,633

Shop now

yahoo!finance PREMIUM
Be a bull among bears
Try it free*

### People Also Watch

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| **VIOT** Viomi Technology Co., Ltd | 6.32 | +0.15 | +2.43% |
| **AXNX** Axonics Modulation Technologies | 44.25 | -0.09 | -0.20% |
| **JG** Aurora Mobile Limited | 1.7000 | +0.0300 | +1.80% |
| **PS** Pluralsight, Inc. | 20.76 | +0.18 | +0.87% |
| **TENB** Tenable Holdings, Inc. | 34.56 | -0.54 | -1.55% |

Advertise With Us

Finance Home   2020 Election   Watchlists   My Portfolio   Screeners   Premium 🔒   Markets   News   ⋯   🔒 Premium - Try it free