## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON BROWN, individually and on behalf of all others similarly situated, <br><br>     Plaintiffs, <br><br>    v. <br><br> OPERA LIMITED, YAHUI ZHOU, FRODE JACOBSEN, HONGYI ZHOU, and HAN FANG, <br><br>     Defendants. | Case No. 1:20-cv-00674-JGK <br><br><br> **DECLARATION OF** <br> **ADAM M. APTON** |

I, Adam M. Apton, hereby declare as follows:

1.  I am a partner of the law firm of Levi & Korsinsky, LLP, counsel to Plaintiffs Lilian Lau and Leon Brown in the above-captioned action. I am a member in good standing of the bars of the State of New York and the United States District Court for the Southern District of New York. I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Amended Complaint.

2.  Attached as Exhibit A is a true and correct copy of the full report titled *Opera: Phantom of the Turnaround – 70% Downside*, published on January 16, 2020.

3.  Attached as Exhibit B is a true and correct copy of screen captures of the homepage of www.StatCounter.com taken on October 8, 2020.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge. Executed this 8th day of October 2020.

           */s/ Adam M. Apton*
           Adam M. Apton