# EXHIBIT "B"

 statcounter

Features    Pricing    Demo    **Try it for FREE!**    Log In

# Understand your visitors the easy way.

**Try it for FREE!**



# See the entire journey your visitors are taking through your website.

Watch in real time as visitors navigate through your website. Are they flowing through your site the way you expect? How well are they interacting with your content? Are there issues with your site structure or navigation you don't know about? Visitor paths gives you the insights you need to quickly detect

**statcounter**

# Log In
## Welcome Back!

**Username**

**Password**

☐ Keep me logged in on this device

**Log In**

**Forgot password or username?**

**Product**

Features
Pricing
How It Works
Our Customers
Success Stories
Demo

**Company**

Mission
Press Releases
Careers
Legal
Link To Us
Global Stats

**Support**

Installation
Using Statcounter
FAQ
User Forum
API
Contact Us

**Learning Center**

Search Engine Optimization
Conversion Rate Optimization

**Blog**

Statcounter Blog