**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEON M. BROWN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPERA LIMITED, YAHUI ZHOU, FRODE JACOBSEN, HONGYI ZHOU, and HAN FANG,<br><br>Defendants. | Case No. 1:20-cv-00674-JGK |

**DECLARATION OF ANDREA G. HOOD IN FURTHER SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

Andrea G. Hood, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.      I am an attorney associated with the law firm of Milbank LLP, counsel to Defendants Opera Limited ("Opera") and Derrick L. Nueman in the above-captioned action.  I am a member in good standing of the bars of the State of New York and the United States District Court for the Southern District of New York.  I submit this declaration in further support of Opera's, Mr. Nueman's, and Citigroup Global Markets Inc.'s Motion to Dismiss the Amended Complaint.

2.      Attached as **Exhibit A** is a true and correct copy of an excerpt from the Annual Report Form 20-F for the year ending in 2018 filed by Opera with the SEC on April 17, 2019.

3.      Attached as **Exhibit B** is a true and correct copy of the webpage https://gs.statcounter.com/ retrieved on November 9, 2020.

1

2

Dated:   November 9, 2020
         Lagrangeville, New York

                                    /s/ Andrea G. Hood
                                    ANDREA G. HOOD