# EXHIBIT A

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 20-F**

**(Mark One)**

☐    **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
     **For the fiscal year ended December 31, 2018.**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
     **For the transition period from to**

**OR**

☐    **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
     **Date of event requiring this shell company report**

**Commission file number: 001-38588**

# Opera Limited

**(Exact name of Registrant as specified in its charter)**

**N/A**
**(Translation of Registrant's name into English)**

**Cayman Islands**
**(Jurisdiction of incorporation or organization)**

**Gjerdrums vei 19, 0484 Oslo, Norway**
**(Address of principal executive offices)**

**Mr. Yahui Zhou, Chief Executive Officer**
**c/o Aaron McParlan, General Counsel**
**Gjerdrums vei 19, 0484 Oslo, Norway**

**Tel: +47 2369-2400**

**E-mail: legal@opera.com**

**(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)**

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| American Depositary Shares, each representing two ordinary shares, par value US$0.0001 per share | The Nasdaq Stock Market LLC |

**Securities registered or to be registered pursuant to Section 12(g) of the Act:**
**None**
**(Title of Class)**

1

Table of Contents

**Description of Certain Statement of Operations Items**

*Revenue*

We currently generate revenue primarily from search, advertising, retail, and technology licensing and other revenues. The table below sets forth the revenue, both in absolute amount and as a percentage of total revenue for the periods indicated.

| | 2016 | | | | | | 2017 | | 2018 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Predecessor for the period from January 1, 2016 to November 3, 2016 | % of total revenue | Successor Group from inception on July 26, 2016 to December 31, 2016 | % of total revenue | Unaudited pro forma consolidated Group for the year ended December 31, 2016 | % of total revenue | Successor Group for the year ended December 31, 2017 | % of total revenue | Successor Group for the year ended December 31, 2018 (1) | % of total revenue |
| | (US$ in thousands, except for percentages) | | | | | | | | | |
| **Revenue:** | | | | | | | | | | |
| Search | 44,347 | 50.1 | 10,215 | 54.4 | 54,561 | 50.9 | 68,192 | 52.9 | 80,204 | 46.6 |
| Advertising | 27,960 | 31.6 | 5,219 | 27.8 | 33,180 | 30.9 | 41,047 | 31.8 | 59,895 | 34.8 |
| Retail | - | - | - | - | - | - | - | - | 9,287 | 5.4 |
| Technology licensing/other | 16,211 | 18.3 | 3,333 | 17.8 | 19,544 | 18.2 | 19,653 | 15.2 | 22,890 | 13.3 |
| Total Revenue | 88,518 | 100.0 | 18,767 | 100.0 | 107,285 | 100.0 | 128,893 | 100.0 | 172,276 | 100.0 |

(1)     Effective January 1, 2018, the Group adopted IFRS 15 Revenue from Contracts with Customers. The impact of adopting IFRS 15 is described in Note 3 to our consolidated financial statements included elsewhere in this annual report.

Search revenue accounted for 54.4%, or 50.9% on a pro forma consolidated basis, of our total revenue in 2016, and 52.9% and 46.6% of our total revenue in 2017 and 2018, respectively. Through revenue sharing arrangements with our search partners including Google and Yandex, we generate search revenue when our users conduct searches initiated within the URL bar, default search page or search boxes embedded in our PC and mobile browsers, or otherwise redirected to our search partners via our browser functionality.

Advertising revenue accounted for 27.8%, or 30.9% on a pro forma consolidated basis, of our total revenue in 2016, and 31.8% and 34.8% of our total revenue in 2017 and 2018, respectively. We generate advertising revenue by referring traffic from our platform to e-commerce partners, online travel agencies and other partners, and by selling advertisements. The fee arrangements generally include revenue sharing, cost per click or subscription revenues collected by third parties on our behalf.

Retail revenue accounted for 5.4% of total revenue in 2018. We started to generate retail revenue from the second half of 2018, when we began scaling sales, both retail and wholesale, of prepaid data, airtime, and mobile handsets.

Technology licensing and other revenue accounted for 17.8%, or 18.2% on a pro forma consolidated basis, of our total revenue in 2016, and 15.2% and 13.3% of our total revenue in 2017 and 2018, respectively. We generate licensing and other revenue mainly from licensing of our proprietary compression technology and providing related maintenance, supporting and hosting services to third parties, as well as providing professional services, and enabling customized browser configurations to mobile operators.

Geographically, our revenue in 2018, 2017 and 2016 was generated primarily from monetization partners domiciled in Ireland and Russia, with no other country exceeding 10% of our total revenue. The table below sets forth the revenue by monetization partners' domiciled country, both in absolute amount and as a percentage of total revenue for the periods indicated. The breakdown of revenue by country reflects the country of domicile for our direct source of revenues from our monetization partners which is not necessarily an indication of where user activities occur because the end users are located globally.