# EXHIBIT B



| Chrome | Safari | Firefox |
|---|---|---|
| 66.12% | 17.24% | 3.98% |
| **Samsung Internet** | **Edge** | **Opera** |
| 3.18% | 2.85% | 2.08% |

Browser Market Share Worldwide - October 2020

## Browser Market Share Worldwide
Oct 2019 - Oct 2020

**Edit Chart Data**

�af Chrome   �af Safari   �af Firefox   �af Samsung Internet   �af UC Browser   �af Opera   �af Edge Legacy   �af IE   �af Edge   — Other (dotted)

**Save Chart Image (.png)**    **Download Data (.csv)**    **Embed HTML**

`<div id="all-browser-ww-monthly-201910-202010" width="600" height="400" style="width`

Twitter   Facebook   LinkedIn   More

**Browser Market Share**

**Search Market Share**

**OS Market Share**

**Screen Resolution Stats**

**Social Media Stats**

**Device Vendor Market Share**



**Mobile vs
Tablet vs Desktop**

**Browser Version
Market Share**

**Search Engine
Host**

## Subscribe to Global Stats by email

We respect your privacy and will never share your email address with any third party.

| Your email address | Subscribe |



## Understand your visitors with Statcounter

See why over **2,000,000** bloggers, web designers, marketing and SEO professionals and small business owners use Statcounter to grow their business.

**Learn More**

© StatCounter 1999-2020.
All rights reserved.