# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPERA LIMITED, YAHUI ZHOU, FRODE JACOBSEN, HONGYI ZHOU, and HAN FANG,<br><br>Defendants. | Case No. 1:20-cv-00674-JGK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4-22-21

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiffs and Defendants:

1. The above-captioned consolidated action is hereby dismissed with prejudice as against all defendants on behalf of Lead Plaintiff Lilian Lau and Plaintiff Leon Brown pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. The above-captioned consolidated action is hereby dismissed without prejudice as against all defendants with respect to any unnamed putative class members or other plaintiffs.

3. The parties acknowledge the following: (a) respectively, each party filed the operative complaint or defended against claims in compliance with Rule 11(b) of the Federal Rules of Civil Procedure; (b) each party has borne and will continue to bear its own costs and attorneys' fees; and (c) the parties to this Joint Stipulation have not exchanged monetary consideration in connection with this voluntary dismissal.

[Signatures on following page]

1

DATED: April 21, 2021

**LEVI & KORSINSKY, LLP**

By: /s/ Adam Apton

Nicholas I. Porritt
Adam M. Apton
55 Broadway, 10th Floor
New York, New York 10006
Telephone: 212-363-7500
Fax: 212-363-7171

*Attorneys for Lead Plaintiff Lilian Lau, Plaintiff Leon M. Brown, and Lead Counsel for Class*

**MILBANK LLP**

By: /s/ Scott Edelman

Scott A. Edelman
James G. Cavoli
Jed M. Schwartz
Andrea G. Hood
55 Hudson Yards
New York, New York 10001
Telephone: 212-530-5000
Fax: 212-530-5219

*Attorneys for Defendants Opera Limited and Derrick L. Nueman*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Audra J. Soloway

Susanna M. Buergel
Audra J. Soloway
1285 Avenue of the Americas
New York, New York 10019
Telephone: 212-373-3289
Fax: 212-492-0289

*Attorneys for Defendant Citigroup Global Markets Inc.*

SO ORDERED:

/s/ John G. Koeltl

Hon. John G. Koeltl
United States District Court Judge

Dated: 4/22/21.

The Clerk is directed to close this case.
So ordered.
/s/ John G. Koeltl
4/22/21   U.S.D.J.